# EXHIBIT 3

**Sonim Technologies, Inc. Loss Chart**
**Pursuant and/or traceable to the registration statement and related prospectus (collectively, the "Registration Statement") issued in connection with Sonim's May 2019 initial public stock offering**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 10/7/2019 Closing Price 3.15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Campbell, Sean | 5/9/2019 | 3,666 | ($11.00) | ($40,326.00) | 11/25/2019 | 3,666 | $2.47 | $9,055.02 | 0 | $0.00 | ($31,270.98) | |