Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Lyndon Maither*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                     Plaintiff,<br><br>        v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>                                     Defendants. | No.  3:19-cv-06416-MMC<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF THE MOTION OF LYNDON MAITHER FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:          Jan. 10, 2020<br>Time:         9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:        Hon. Maxine M.<br>                    Chesney<br><br>ORAL ARGUMENT REQUESTED |

010861-12/1216507 V1

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Lyndon Maither ("Mr. Maither" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Mr. Maither's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *BusinessWire,* a national business-oriented wire service, on October 7, 2019;

Exhibit B:      Movant's sworn Certification;

Exhibit C:      Chart of Movant's estimated losses; and

Exhibit D:      Hagens Berman's firm résumé

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of December 2019, at Berkeley, California .

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

GILMORE DECL. ISO MOT. TO APPOINT LEAD PL.
AND APPROVE SELECTION OF COUNSEL                                                                                                    - 1
Case No.: 3:19-cv-06416-MMC
010861-12/1216507 V1