# Exhibit C

**Loss Analysis for Lyndon Maither - Sonim Technologies, Inc. (SONM)**
**Class Period 05/06/19 - 10/07/19**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 08/19/19 | 1,000 | $7.9700 | $7,970.00 | | 09/05/19 | 1 | $8.0000 | $8.00 |
| | 08/19/19 | 500 | $8.0000 | $4,000.00 | | | | | |
| | 08/27/19 | 1,000 | $7.4482 | $7,448.20 | | | | | |
| | 09/17/19 | 2,000 | $3.3899 | $6,779.80 | | | | | |
| | 09/26/19 | 3,000 | $3.3000 | $9,900.00 | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | 11/07/19 | 7,444 | $2.2000 | $16,376.80 |
| | | | | | | 11/07/19 | 55 | $2.2100 | $121.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 7,500 | Total Amount Paid in CP | $36,098.00 | Total Shares Sold in CP | 1 | Total Amount Sold in CP | $8.00 |

| | | | |
|---|---|---|---|
| Post CP Shares Sold | 7,499 | Post CP Amount Sold | $16,498.35 |
| Total Shares Sold to Current | 7,500 | Total Amount Sold to Current | $16,506.35 ALTERNATIVE |

Actual Net Shares Acquired in CP              7,499 (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid in CP | $36,090.00 |
| Net Amount Paid in CP Minus Sold to Current Date | $19,591.65 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 7,499 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP              $2.79

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $20,889.61 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $36,090.00 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $15,200.39 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $19,591.65 ALTERNATIVE |