**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       lportnoy@glancylaw.com

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY MALHOTRA, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>      v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>         Defendants, | Case No. 3:19-cv-06416-MMC<br><br>**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF MOTION OF AJAY MALHOTRA AND ANDRE LING BIN ZULKIFLI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DECLARATION OF LESLEY F. PORTNOY
Case No. 3:19-cv-06416-MMC

I, Lesley F. Portnoy, declare as follows:

1.      I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel for proposed lead plaintiff Ajay Malhotra and Andre Ling Bin Zulkifli (together, "Movants") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Movants' Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     Notice published in *Business Wire* on October 7, 2019, announcing the pendency of the securities class action against defendants herein;

Exhibit B:     Signed PSLRA Certifications of Movants;

Exhibit C:     Table of Movants' calculated losses in Sonim Technologies, Inc. common stock;

Exhibit D:     Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:     Firm résumé of Pomerantz LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of December 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

DECLARATION OF LESLEY F. PORTNOY
Case No. 3:19-cv-06416-MMC

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On December 6, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2019, at Los Angeles, California.

                                        _s/ Lesley F. Portnoy___
                                        Lesley F. Portnoy

DECLARATION OF LESLEY F. PORTNOY
Case No. 3:19-cv-06416-MMC