# EXHIBIT A





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Sonim Technologies, Inc. Investors

October 07, 2019 09:20 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Malhotra v. Sonim Technologies, Inc., et. al.,* (Case No. 3:19-cv-06416) on behalf of persons and/or entities that acquired Sonim Technologies, Inc. ("Sonim" or the "Company") (NASDAQ: SONM) common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's May 2019 initial public offering ("IPO" or the "Offering"). Plaintiff pursues claims under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

In May 2019, the Company completed its initial public offering ("IPO") in which it sold approximately 4.07 million shares of common stock at a price of $11.00 per share.

On September 10, 2019, Sonim stated that it expected fiscal 2019 net revenues to be flat or slightly below 2018 net revenues of $135.7 million, citing "significant delays" in the launch of new products as well as software issues related to these new introductions. Moreover, the Company disclosed that James Walker "will cease serving as the Company's Chief Financial Officer."

On this news, the Company's share price fell $3.30, or nearly 47%, to close at $3.76 per share on September 10, 2019, thereby injuring investors.

By the commencement of this action, Sonim stock was trading as low as $3.39 per share, a nearly 70% decline from the $11 per share IPO price.

The complaint filed in this class action alleges that Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's XP8 was experiencing material software challenges; (2) that these software issues adversely affected how the device's Qualcomm chipset, which supported Band 14 access, connected to AT&T's carrier network configuration; (3) that the Company's XP5 and XP3 devices were experiencing material software defects that adversely affected their optimization with certain accessories; (4) that, as a result, the Company was reasonably likely to delay the launch of new products; (5) that, as a result of the foregoing, the Company's

financial results would be materially and adversely impacted, and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Sonim common stock pursuant and/or traceable to the Registration Statement, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay and Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

#Hashtags

#INVESTORS   #CLASSACTION   #FRAUD

$Cashtags

$SONM

/