# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**SONIM TECHNOLOGIES, INC. SECURITIES LITIGATION**

I, Ajay Malhotra, certify that:

1.   I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.   I did not purchase the Sonim Technologies, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My transactions in Sonim Technologies, Inc. securities during the Class Period set forth in the Complaint are as follows:

(See attached transactions)

5.   I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

DocuSigned by:

*Ajay Malhotra*

B3C49B3F463D48D...

10/7/2019

_____
Date

_____
Ajay Malhotra

**Ajay Malhotra's Transactions in Sonim Technologies, Inc. (SONM)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/28/2019 | Bought | 82 | $12.8000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Andre Ling Bin Zulkifli, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Sonim Technologies, Inc. ("Sonim" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Sonim securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Sonim Class A common stock pursuant or traceable to the registration statement on Form S-1/A issued in connection with the Company's May 9, 2019 initial public offering (the "IPO"), which was declared effective on May 9, 2019 (the "Registration Statement"), including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Sonim Class A common stock purchased or acquired pursuant or traceable to the Registration Statement issued in connection with the Company's IPO.

6.  During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed ___12/5/2019 | 1:15 PM EST___
      **(Date)**

DocuSigned by:

_CB6B6444E4AA427_____
      **(Signature)**

Andre Ling Bin Zulkifli
_____
      **(Type or Print Name)**

**Sonim Technologies, Inc. (SONM)**                                          **Zulkifli, Andre Ling Bin**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/15/2019 | Purchase | 50 | $13.5000 |
| 8/6/2019 | Purchase | 100 | $9.5000 |
| 7/25/2019 | Sale | (50) | $13.9000 |