Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
Sherief Morsy (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
      klenahan@faruqilaw.com
      smorsy@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff David Sterrett*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>        Defendants. | **DECLARATION OF RICHARD W. GONNELLO IN FURTHER SUPPORT OF DAVID STERRETT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**<u>CLASS ACTION</u>**<br><br>Judge: Hon. Maxine M. Chesney<br>Date:   January 10, 2020<br>Time:   9:00 AM<br>Courtroom:  7 – 19th Floor |

I, Richard W. Gonnello, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to practice before the bar of the Northern District of California.  I am a partner with the law firm of Faruqi & Faruqi, LLP (the "Faruqi Firm").  I submit this declaration in further support of the motion filed by David Sterrett ("Sterrett") for appointment as Lead Plaintiff and approval of Sterrett's selection of the Faruqi Firm to serve as Lead Counsel for the putative Class.

2.     Attached as Exhibit A hereto is a true and correct copy of Sonim Technologies, Inc.'s historical trading prices for 2019 obtained from Bloomberg Law on December 20, 2019, with relevant portions highlighted.

3.     Attached as Exhibit B hereto is a true and correct copy of the Faruqi Firm's calculations of Sterrett's and Lyndon Maither's potential recovery in this Action pursuant to 15 U.S.C. § 77k(e).

4.     Attached as Exhibit C hereto is a true and correct copy of the Stipulation and Order Consolidating Related Complex Cases filed on November 8, 2019 in *In re Sonim Techs., Inc. Sec. Litig.*, No. 19CIV05564 (Cal. Sup. Ct.).

5.     Attached as Exhibit D hereto is a true and correct copy of the Sonim Defendants' Notice of Motion and Motion To Stay and Memorandum of Points and Authorities In Support Thereof filed on December 9, 2019 in *In re Sonim Techs., Inc. Sec. Litig.*, No. 19CIV05564 (Cal. Sup. Ct.).

6.     Attached as Exhibit E hereto is a true and correct copy of the Joint Case Management Conference Statement filed by the parties on December 3, 2019 in *In re Sonim Techs., Inc. Sec. Litig.*, No. 19CIV05564 (Cal. Sup. Ct.).

7.     Attached as Exhibit F hereto is a true and correct copy of a screenshot taken on December 16, 2019 from Maither's Investment Alerts Ltd.'s website and shows "Sonim Technologies Inc" as one of the website's "2019-08-16 Picks."  The screenshot was taken from the

1

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF MOTION OF DAVID STERRETT**
**NO. 3:19-CV-06416-MMC**

webpage https://maithers-investment-alerts.com/daily-interests-criteria/ by selecting the "View Samples" button and navigating through the sample reports available.

Executed this 20th day of December 2019.

/s/ *Richard W. Gonnello*
Richard W. Gonnello

2

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF MOTION OF DAVID STERRETT**
**NO. 3:19-CV-06416-MMC**