# EXHIBIT A

# Table View    ☆ Favorite

## Market Information

RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| SONM US Equity: Historical Values | | | | | |
| 12/20/19 | 3.06 | 3.15 | 2.89 | N/A | 103,295 |
| 12/19/19 | 2.84 | 3.11 | 2.6463 | 3.06 | 168,437 |
| 12/18/19 | 2.79 | 2.9299 | 2.77 | 2.84 | 90,472 |
| 12/17/19 | 2.80 | 2.84 | 2.639 | 2.79 | 70,770 |
| 12/16/19 | 2.42 | 2.79 | 2.42 | 2.75 | 380,629 |
| 12/13/19 | 2.41 | 2.55 | 2.341 | 2.46 | 244,069 |
| 12/12/19 | 2.28 | 2.45 | 2.28 | 2.42 | 519,553 |
| 12/11/19 | 2.33 | 2.38 | 2.28 | 2.29 | 50,504 |
| 12/10/19 | 2.27 | 2.39 | 2.23 | 2.33 | 85,165 |
| 12/09/19 | 2.35 | 2.40 | 2.23 | 2.27 | 132,627 |
| 12/06/19 | 2.37 | 2.39 | 2.345 | 2.36 | 124,766 |
| 12/05/19 | 2.44 | 2.51 | 2.29 | 2.33 | 82,906 |
| 12/04/19 | 2.41 | 2.64 | 2.25 | 2.43 | 114,729 |
| 12/03/19 | 2.46 | 2.52 | 2.38 | 2.40 | 37,293 |
| 12/02/19 | 2.79 | 2.79 | 2.42 | 2.48 | 124,993 |
| 11/29/19 | 2.35 | 2.80 | 2.32 | 2.78 | 169,022 |
| 11/27/19 | 2.28 | 2.40 | 2.28 | 2.35 | 63,636 |
| 11/26/19 | 2.41 | 2.47 | 2.19 | 2.27 | 132,853 |
| 11/25/19 | 2.58 | 2.58 | 2.39 | 2.45 | 95,125 |
| 11/22/19 | 2.48 | 2.52 | 2.37 | 2.41 | 529,434 |
| 11/21/19 | 2.45 | 2.535 | 2.45 | 2.48 | 370,589 |
| 11/20/19 | 2.54 | 2.54 | 2.33 | 2.45 | 161,882 |
| 11/19/19 | 2.51 | 2.55 | 2.425 | 2.50 | 21,084 |
| 11/18/19 | 2.51 | 2.55 | 2.43 | 2.47 | 239,453 |
| 11/15/19 | 2.53 | 2.54 | 2.46 | 2.50 | 88,305 |
| 11/14/19 | 2.46 | 2.55 | 2.4055 | 2.50 | 58,802 |
| 11/13/19 | 2.438 | 2.51 | 2.37 | 2.48 | 40,072 |
| 11/12/19 | 2.46 | 2.60 | 2.46 | 2.50 | 110,445 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 11/11/19 | 2.43 | 2.56 | 2.30 | 2.47 | 57,276 |
| 11/08/19 | 2.17 | 2.48 | 2.17 | 2.43 | 156,326 |
| 11/07/19 | 2.34 | 2.3855 | 2.10 | 2.14 | 349,008 |
| 11/06/19 | 2.35 | 2.38 | 2.21 | 2.29 | 245,016 |
| 11/05/19 | 2.19 | 2.38 | 2.16 | 2.27 | 127,739 |
| 11/04/19 | 2.37 | 2.39 | 2.20 | 2.23 | 120,040 |
| 11/01/19 | 2.36 | 2.46 | 2.16 | 2.26 | 99,711 |
| 10/31/19 | 2.47 | 2.47 | 2.33 | 2.39 | 702,669 |
| 10/30/19 | 3.02 | 3.04 | 2.50 | 2.51 | 389,545 |
| 10/29/19 | 2.98 | 3.26 | 2.98 | 3.20 | 77,688 |
| 10/28/19 | 3.02 | 3.10 | 2.95 | 3.01 | 75,318 |
| 10/25/19 | 2.98 | 3.04 | 2.975 | 2.99 | 71,834 |
| 10/24/19 | 3.00 | 3.09 | 2.99 | 2.99 | 52,614 |
| 10/23/19 | 3.00 | 3.07 | 3.00 | 3.03 | 22,519 |
| 10/22/19 | 2.99 | 3.11 | 2.98 | 3.04 | 41,413 |
| 10/21/19 | 3.01 | 3.13 | 2.94 | 3.01 | 62,865 |
| 10/18/19 | 3.01 | 3.0699 | 2.971 | 3.01 | 54,283 |
| 10/17/19 | 3.10 | 3.1245 | 2.9615 | 3.02 | 55,491 |
| 10/16/19 | 3.15 | 3.15 | 3.09 | 3.10 | 40,760 |
| 10/15/19 | 2.999 | 3.14 | 2.97 | 3.11 | 152,246 |
| 10/14/19 | 2.92 | 3.01 | 2.82 | 2.99 | 81,684 |
| 10/11/19 | 2.89 | 3.03 | 2.825 | 2.93 | 89,176 |
| 10/10/19 | 2.83 | 2.89 | 2.81 | 2.85 | 45,489 |
| 10/09/19 | 2.90 | 2.98 | 2.7825 | 2.83 | 117,373 |
| 10/08/19 | 3.11 | 3.23 | 2.82 | 2.87 | 156,072 |
| 10/07/19 | 2.91 | 3.23 | 2.87 | 3.15 | 163,332 |
| 10/04/19 | 2.88 | 2.94 | 2.80 | 2.92 | 53,217 |
| 10/03/19 | 2.90 | 2.90 | 2.78 | 2.88 | 111,748 |
| 10/02/19 | 2.80 | 2.94 | 2.70 | 2.88 | 78,404 |
| 10/01/19 | 2.93 | 2.98 | 2.74 | 2.83 | 186,968 |
| 09/30/19 | 3.11 | 3.18 | 2.91 | 2.93 | 170,628 |
| 09/27/19 | 3.18 | 3.34 | 3.03 | 3.09 | 281,004 |
| 09/26/19 | 2.88 | 3.37 | 2.82 | 3.17 | 983,061 |
| 09/25/19 | 2.92 | 3.00 | 2.80 | 2.86 | 188,304 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 09/24/19 | 3.04 | 3.10 | 2.93 | 2.94 | 254,499 |
| 09/23/19 | 3.15 | 3.21 | 3.02 | 3.05 | 286,381 |
| 09/20/19 | 3.35 | 3.38 | 3.04 | 3.14 | 490,195 |
| 09/19/19 | 3.17 | 3.37 | 3.17 | 3.29 | 513,480 |
| 09/18/19 | 3.30 | 3.3363 | 3.00 | 3.12 | 507,299 |
| 09/17/19 | 3.43 | 3.439 | 3.29 | 3.33 | 138,952 |
| 09/16/19 | 3.40 | 3.57 | 3.311 | 3.37 | 223,915 |
| 09/13/19 | 3.38 | 3.47 | 3.301 | 3.39 | 162,909 |
| 09/12/19 | 3.76 | 3.79 | 3.25 | 3.38 | 336,703 |
| 09/11/19 | 3.76 | 3.91 | 3.67 | 3.79 | 628,890 |
| 09/10/19 | 5.98 | 5.98 | 3.67 | 3.76 | 1.30M |
| 09/09/19 | 7.13 | 7.25 | 6.625 | 7.06 | 66,014 |
| 09/06/19 | 7.84 | 7.84 | 7.00 | 7.08 | 53,895 |
| 09/05/19 | 7.80 | 7.9771 | 7.67 | 7.75 | 143,680 |
| 09/04/19 | 7.25 | 7.85 | 7.14 | 7.69 | 80,444 |
| 09/03/19 | 7.20 | 7.43 | 7.13 | 7.14 | 42,448 |
| 08/30/19 | 7.25 | 7.51 | 7.09 | 7.26 | 24,801 |
| 08/29/19 | 7.68 | 7.85 | 7.13 | 7.19 | 97,497 |
| 08/28/19 | 7.61 | 7.955 | 7.17 | 7.58 | 77,122 |
| 08/27/19 | 8.09 | 8.26 | 7.29 | 7.53 | 160,771 |
| 08/26/19 | 7.99 | 8.16 | 7.77 | 8.02 | 37,649 |
| 08/23/19 | 8.25 | 8.32 | 7.47 | 7.90 | 84,165 |
| 08/22/19 | 8.70 | 8.80 | 8.15 | 8.36 | 85,035 |
| 08/21/19 | 7.72 | 8.84 | 7.49 | 8.67 | 87,797 |
| 08/20/19 | 7.66 | 8.01 | 7.20 | 7.52 | 84,890 |
| 08/19/19 | 8.25 | 8.4797 | 7.565 | 7.66 | 123,757 |
| 08/16/19 | 7.21 | 8.25 | 7.0017 | 7.98 | 153,282 |
| 08/15/19 | 7.21 | 7.95 | 7.01 | 7.10 | 118,323 |
| 08/14/19 | 8.48 | 8.66 | 7.05 | 7.19 | 142,031 |
| 08/13/19 | 7.40 | 8.94 | 7.08 | 8.84 | 192,046 |
| 08/12/19 | 7.78 | 7.78 | 7.281 | 7.41 | 58,115 |
| 08/09/19 | 8.94 | 9.11 | 7.51 | 7.85 | 76,936 |
| 08/08/19 | 8.86 | 9.12 | 8.525 | 9.00 | 68,299 |
| 08/07/19 | 9.27 | 9.30 | 8.73 | 8.79 | 52,820 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 08/06/19 | 9.56 | 9.94 | 9.32 | 9.40 | 98,152 |
| 08/05/19 | 9.70 | 10.00 | 8.6921 | 9.55 | 141,510 |
| 08/02/19 | 10.40 | 10.68 | 9.58 | 9.92 | 137,118 |
| 08/01/19 | 11.17 | 11.83 | 10.30 | 10.48 | 109,787 |
| 07/31/19 | 11.70 | 11.70 | 10.84 | 11.07 | 233,991 |
| 07/30/19 | 11.62 | 11.94 | 11.51 | 11.70 | 38,085 |
| 07/29/19 | 12.82 | 13.24 | 11.51 | 11.68 | 181,117 |
| 07/26/19 | 13.29 | 13.29 | 12.32 | 12.82 | 46,983 |
| 07/25/19 | 13.50 | 13.97 | 12.4922 | 13.33 | 89,774 |
| 07/24/19 | 13.1826 | 14.096 | 13.162 | 13.98 | 108,437 |
| 07/23/19 | 13.10 | 13.73 | 13.00 | 13.32 | 23,709 |
| 07/22/19 | 13.46 | 13.65 | 12.9823 | 13.02 | 25,255 |
| 07/19/19 | 13.34 | 13.77 | 13.25 | 13.42 | 45,941 |
| 07/18/19 | 13.73 | 14.079 | 13.14 | 13.40 | 40,616 |
| 07/17/19 | 13.88 | 13.99 | 13.17 | 13.75 | 41,931 |
| 07/16/19 | 13.50 | 14.29 | 13.32 | 13.89 | 60,146 |
| 07/15/19 | 13.40 | 13.73 | 13.12 | 13.53 | 55,891 |
| 07/12/19 | 12.67 | 13.74 | 12.67 | 13.39 | 104,589 |
| 07/11/19 | 12.78 | 12.99 | 12.35 | 12.70 | 92,392 |
| 07/10/19 | 11.94 | 12.89 | 11.86 | 12.78 | 67,957 |
| 07/09/19 | 11.88 | 12.65 | 11.60 | 11.86 | 73,901 |
| 07/08/19 | 11.50 | 11.67 | 10.70 | 11.38 | 94,948 |
| 07/05/19 | 11.79 | 11.79 | 10.675 | 11.56 | 64,614 |
| 07/03/19 | 11.82 | 11.96 | 11.59 | 11.88 | 31,671 |
| 07/02/19 | 12.88 | 13.21 | 11.76 | 11.81 | 86,323 |
| 07/01/19 | 12.93 | 13.206 | 12.60 | 12.89 | 124,630 |
| 06/28/19 | 12.83 | 13.44 | 12.60 | 12.73 | 533,681 |
| 06/27/19 | 12.75 | 13.33 | 12.01 | 12.77 | 324,409 |
| 06/26/19 | 13.18 | 13.56 | 12.57 | 12.96 | 169,196 |
| 06/25/19 | 13.50 | 14.52 | 12.89 | 13.04 | 292,763 |
| 06/24/19 | 14.25 | 14.80 | 13.56 | 13.58 | 144,834 |
| 06/21/19 | 14.92 | 15.185 | 14.34 | 14.60 | 280,965 |
| 06/20/19 | 16.43 | 16.625 | 14.3411 | 14.75 | 223,599 |
| 06/19/19 | 16.23 | 16.82 | 16.05 | 16.13 | 112,087 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 06/18/19 | 16.25 | 17.15 | 15.90 | 16.22 | 184,128 |
| 06/17/19 | 17.70 | 17.785 | 16.0227 | 16.08 | 127,597 |
| 06/14/19 | 17.66 | 17.9545 | 17.15 | 17.56 | 139,700 |
| 06/13/19 | 17.34 | 17.9475 | 17.25 | 17.52 | 147,956 |
| 06/12/19 | 16.92 | 17.39 | 16.56 | 17.26 | 99,619 |
| 06/11/19 | 17.30 | 17.67 | 16.50 | 16.92 | 120,660 |
| 06/10/19 | 16.33 | 17.76 | 16.00 | 17.13 | 324,760 |
| 06/07/19 | 17.33 | 18.2575 | 15.02 | 16.13 | 358,800 |
| 06/06/19 | 16.95 | 17.50 | 16.95 | 17.11 | 374,864 |
| 06/05/19 | 15.10 | 17.03 | 15.07 | 16.80 | 242,523 |
| 06/04/19 | 14.87 | 15.00 | 13.39 | 14.98 | 206,788 |
| 06/03/19 | 14.49 | 14.77 | 14.45 | 14.67 | 94,674 |
| 05/31/19 | 15.00 | 15.34 | 13.32 | 14.28 | 112,731 |
| 05/30/19 | 14.51 | 15.20 | 14.30 | 15.00 | 168,062 |
| 05/29/19 | 13.70 | 14.94 | 13.14 | 14.49 | 177,122 |
| 05/28/19 | 12.20 | 14.005 | 11.871 | 13.68 | 206,247 |
| 05/24/19 | 11.96 | 12.18 | 11.69 | 12.05 | 66,220 |
| 05/23/19 | 12.06 | 12.49 | 11.83 | 12.00 | 77,588 |
| 05/22/19 | 12.15 | 12.47 | 11.35 | 12.12 | 92,187 |
| 05/21/19 | 12.01 | 12.30 | 11.641 | 12.28 | 133,966 |
| 05/20/19 | 11.35 | 12.23 | 11.301 | 11.96 | 189,411 |
| 05/17/19 | 11.00 | 11.3957 | 10.94 | 11.35 | 276,973 |
| 05/16/19 | 11.16 | 11.30 | 10.90 | 11.05 | 63,819 |
| 05/15/19 | 11.05 | 11.4999 | 10.69 | 11.12 | 293,751 |
| 05/14/19 | 11.12 | 11.1499 | 10.55 | 11.03 | 83,413 |
| 05/13/19 | 10.83 | 11.15 | 10.00 | 11.02 | 201,732 |
| 05/10/19 | 11.70 | 12.99 | 9.66 | 10.99 | 1.31M |
| 05/09/19 | 0.00 | 0.00 | 0.00 | 11.00 | 0 |