# Exhibit B



# Damages Summary

| Movant | Damages |
|---|---|
| David Sterrett | $43,441.90 |
| Lyndon Maither | $12,475.60 |

**Investor: David Sterrett**

**IPO Price: $11**

**Share Quantity on October 7, 2019: 5,534**

**Closing Price on October 7, 2019 ("Suit Price"): $3.15**

FARUQI & FARUQI LLP
ATTORNEYS AT LAW

| Transaction | Date | Units | Price | Cost |
|---|---|---|---|---|
| Purchase | 5/30/2019 | 365 | $14.8800 | $5,431.2000 |
| Purchase | 5/31/2019 | 100 | $14.9513 | $1,495.1300 |
| Purchase | 5/31/2019 | 860 | $14.9506 | $12,857.5160 |
| Purchase | 5/31/2019 | 40 | $14.7778 | $591.1120 |
| Purchase | 5/31/2019 | 68 | $14.9224 | $1,014.7232 |
| Purchase | 6/4/2019 | 69 | $14.2438 | $982.8222 |
| Purchase | 6/5/2019 | 254 | $15.7400 | $3,997.9600 |
| Purchase | 6/5/2019 | 477 | $15.9204 | $7,594.0308 |
| Purchase | 6/5/2019 | 821 | $15.9200 | $13,070.3200 |
| Purchase | 6/6/2019 | 22 | $17.3842 | $382.4524 |
| Purchase | 6/6/2019 | 28 | $17.3742 | $486.4776 |
| Purchase | 6/6/2019 | 100 | $17.4081 | $1,740.8100 |
| Purchase | 6/6/2019 | 100 | $17.4277 | $1,742.7700 |
| Purchase | 6/6/2019 | 100 | $17.4194 | $1,741.9400 |
| Purchase | 6/6/2019 | 100 | $17.3712 | $1,737.1200 |
| Purchase | 6/6/2019 | 130 | $17.4294 | $2,265.8220 |
| Purchase | 6/6/2019 | 200 | $17.4282 | $3,485.6400 |
| Purchase | 6/6/2019 | 200 | $17.4392 | $3,487.8400 |
| Purchase | 6/6/2019 | 200 | $17.4200 | $3,484.0000 |
| Purchase | 6/6/2019 | 200 | $17.4350 | $3,487.0000 |
| Purchase | 6/6/2019 | 200 | $17.4400 | $3,488.0000 |
| Purchase | 6/6/2019 | 200 | $17.4550 | $3,491.0000 |
| Purchase | 6/6/2019 | 200 | $17.4227 | $3,484.5400 |
| Purchase | 6/6/2019 | 500 | $17.4300 | $8,715.0000 |

| Damages Formula: | Quantity | x | (Purchase Price Capped By IPO Price - Suit Price) | = | Total |
|---|---|---|---|---|---|
| | 5,534 | x | ($11.00 - $3.15) | = | $43,441.90 |
| **Total:** | **5,534** | | | | **$43,441.90** |

Section 11 Formulae:

1. For shares sold before suit was brought: (Lesser of IPO Price and Purchase Price) - (sale price)

2. For held shares: (Lesser of IPO Price and Purchase Price) - (closing price on date which lawsuit was brought)

3. For shares sold after the suit was brought, but before judgment: (Lesser of IPO Price and Purchase Price) - (sale price). Note that this cannot exceed formula #2.



**Investor: Lyndon Maither**

**IPO Price: $11**

**Share Quantity on October 7, 2019: 7,499**

**Closing Price on October 7, 2019 ("Suit Price"): $3.15**

| Transaction | Date | Units | Price | Cost |
|---|---|---|---|---|
| Purchase | 8/19/2019 | 1,000 | $7.9700 | $7,970.00 |
| Purchase | 8/19/2019 | 500 | $8.0000 | $4,000.00 |
| Purchase | 8/27/2019 | 1,000 | $7.4482 | $7,448.20 |
| Sale | 9/5/2019 | (1) | $8.0000 | ($8.00) |
| Purchase | 9/17/2019 | 2,000 | $3.3899 | $6,779.80 |
| Purchase | 9/26/2019 | 3,000 | $3.3000 | $9,900.00 |
| Sale | 11/7/2019 | (7,444) | $2.2000 | ($16,376.80) |
| Sale | 11/7/2019 | (55) | $2.2100 | ($121.55) |

| Damages Formula: | Quantity | x | (Purchase Price Capped By IPO Price - Suit Price) | = | Total |
|---|---|---|---|---|---|
| | 1,000 | x | ($7.97 - $3.15) | = | $4,820.0000 |
| | 500 | x | ($8 - $3.15) | = | $2,425.0000 |
| | 1 | x | ($7.4482 - $8.00) | = | ($0.5518) |
| | 999 | x | ($7.4482 - $3.15) | = | $4,301.3500 |
| | 2,000 | x | ($3.3899 - $3.15) | = | $479.8000 |
| | 3,000 | x | ($3.30 - $3.15) | = | $450.0000 |
| **Total:** | **7,500** | | | | **$12,475.60** |

Section 11 Formulae:

1. For shares sold before suit was brought: (Lesser of IPO Price and Purchase Price) - (sale price)

2. For held shares: (Lesser of IPO Price and Purchase Price) - (closing price on date which lawsuit was brought)

3. For shares sold after the suit was brought, but before judgment: (Lesser of IPO Price and Purchase Price) - (sale price). Note that this cannot exceed formula #2.