# EXHIBIT C

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 722-4707
Email: lking@kaplanfox.com
        mchoi@kaplanfox.com

*Attorneys for Plaintiff Beecham Pearson*

[Additional Counsel on Signature Page.]

**FILED**
SAN MATEO COUNTY

NOV 0 8 2019

Clerk of the Superior Court
By _____
DEPUTY CLERK

**RECEIVED**

NOV 0 4 2019

CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

BEECHAM PEARSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., NATIONAL SECURITIES CORPORATION, and LAKE STREET CAPITAL MARKETS, LLC,

Defendants.

Case No. 19-CIV-05564

<u>CLASS ACTION</u>

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED COMPLEX CASES**

Department: 24

Hon. Nancy L. Fineman

19 – CIV – 05564
SO
Stipulation & Order
2120706

[Caption continued on next page]

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED COMPLEX CASES
CASE NO. 19-CIV-05564

STEVEN LY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., NATIONAL SECURITIES CORPORATION, LAKE STREET CAPITAL MARKETS, LLC, and DOES 1-25, Inclusive,

Defendants.

Case No. 19-CIV-05889

MICHAEL HOSTAK, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., NATIONAL SECURITIES CORPORATION, and LAKE STREET CAPITAL MARKETS, LLC,

Defendants.

Case No. 19-CIV-06104

WHEREAS, on September 20, 2019, Plaintiff Beecham Pearson ("Pearson") filed the first nationwide putative class action complaint in the California Superior Court for the County of San Mateo against Defendants Sonim Technologies, Inc. ("Sonim" or the "Company"), Robert Plaschke, James Walker, Maurice Hochschild, Alan Howe, Kenny Young, Susan G. Swenson, John Kneuer, and Jeffrey D. Johnson (the "Individual Defendants"), and Oppenheimer & Co., Inc., National Securities Corporation, and Lake Street Capital Markets, LLC (the "Underwriter Defendants" and collectively with Sonim and the Individual Defendants, "Defendants"), for violations of §§ 11, 12(a) and 15 of the Securities Act of 1933, captioned *Pearson v. Sonim Technologies, Inc.*, Case No. 19-CIV-05564;

WHEREAS, on October 4, 2019, Plaintiff Steven Ly ("Ly") filed a similar putative class action complaint in California Superior Court for the County of San Mateo asserting substantially similar claims against the same defendants, captioned *Ly v. Sonim Technologies, Inc.*, Case No. 19-CIV-05889;

WHEREAS, on October 16, 2019, Plaintiff Michael Hostak ("Hostak" and together with Pearson and Ly collectively "Plaintiffs") filed a similar putative class action complaint in California Superior Court for the County of San Mateo asserting substantially similar claims against the same defendants, captioned *Hostak v. Sonim Technologies, Inc.*, Case No. 19-CIV-06104;

WHEREAS, the three above-captioned putative class actions (the "Related Actions"), currently pending in this Court, have been designated complex as defined by California Rule of Court 3.400, as they, *inter alia*, involve management of a large number of separately represented parties, potentially complex factual and/or legal issues, numerous time-consuming pretrial motions, class certification proceedings, and, if there is a settlement or judgment, the potential for substantial post-judgment judicial supervision, and none of the Parties object;

WHEREAS, Plaintiffs and Defendants named in the Related Actions (the "Parties") believe the Related Actions are related as defined by California Rule of Court 3.300;

WHEREAS, the Parties agree that the Related Actions should be consolidated for all purposes to ensure consistent rulings and decisions and to avoid unnecessary duplication of effort, in accordance with California Rules of Court 3.350; and

WHEREAS, in the interests of judicial economy and the efficient management of the Consolidated Action (defined below), counsel for Plaintiffs agree to, and Defendants take no position on, the appointment of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Scott+Scott Attorneys at Law LLP ("Scott+Scott") as *Interim NLF* Co-Lead Counsel of the Consolidated Action and, further, that The Schall Law Firm ("Schall Law") shall serve as additional counsel for Plaintiffs;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel, to the following:

1. The following Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Pearson v. Sonim Technologies, Inc.* | 19-CIV-05564 | 09/20/2019 |
| *Ly v. Sonim Technologies, Inc.* | 19-CIV-05889 | 10/04/2019 |
| *Hostak v. Sonim Technologies, Inc.* | 19-CIV-06104 | 10/16/2019 |

2. Every pleading filed in the Consolidated Action shall bear the following caption:

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| IN RE SONIM TECHNOLOGIES, INC., SECURITIES LITIGATION | ) ) ) Lead Case No. 19-CIV-05564 |
| ——————————————— | ) ) CLASS ACTION |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

3. The files of the Consolidated Action shall be maintained in one file under Lead Case No. 19-CIV-05564; *Plaintiffs in each action shall file a NLP copy of this order in each action.*

4. All papers and documents previously served or filed in any of the cases consolidated herein are deemed a part of the record in the Consolidated Action;

5. The Consolidated Action is complex, as defined by California Rule of Court 3.400, as it, *inter alia*, involves "Securities claims or [alleged] investment losses involving many parties,"

management of a large number of separately represented parties, potentially complex factual and/or legal issues, numerous time-consuming pretrial motions, class certification proceedings, and, if there is a settlement or judgment, and the potential for substantial post-judgment judicial supervision;

6. Pursuant to § 1010.6(a)(6) of the California Code of Civil Procedure, service through electronic means, including by e-mail, shall be permitted in the Consolidated Action;

7. This Order shall apply to each case, arising out of the same or similar transactions and/or events as the Related Actions, which is subsequently filed in, remanded to, or transferred to this Court;

8. When a case that properly belongs as part of *In re Sonim Technologies, Inc., Securities Litigation*, Lead Case No. 19-CIV-05564, is hereafter filed in, remanded to, or transferred to this Court, counsel for the Parties shall call such filing, remand, or transfer to the attention of the clerk of this Court, and such actions shall be consolidated with *In re Sonim Technologies, Inc., Securities Litigation*, Lead Case No. 19-CIV-05564. Counsel for the Parties will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order;

9. Based on Plaintiffs' agreement, Kaplan Fox, Hagens Berman and Scott+Scott shall serve as Interim h LF Co-Lead Counsel for Plaintiffs in the Consolidated Action;

10. Based on Plaintiffs' agreement, Interim h L F Co-Lead Counsel shall have sole authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

11. Based on Plaintiffs' agreement, Interim h L F Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs in the Consolidated Action, including all communications with Defendants and any settlement discussions on behalf of the putative class. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiff except through Interim h L F Co-Lead Counsel;

12. Based on Plaintiffs' agreement, Interim h L F Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with Defendants on matters of case

administration and scheduling. ~~Interim~~ NLP Co-Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel;

13.  Based on Plaintiffs' agreement, Defendants' counsel may rely upon all agreements made with ~~Interim~~ NLP Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs;

14.  Based on Plaintiffs' agreement, Schall Law shall serve as additional counsel for Plaintiffs in the Consolidated Action; and

15.  All pending court dates *unless set forth in this Order or an order by Judge Nancy L. Fineman are* ~~set in the Lead Case, No. 19-CIV-05564, shall remain on calendar;~~ *vacated.* NLP

16.  The undersigned counsel for Defendants are authorized to accept service of the forthcoming consolidated complaint without waiver of any of Defendants' rights, defenses, objections, motions, or arguments in this matter, except as to sufficiency of service of process;

17.  No Defendant is required to respond to any of the complaints in the Related Actions except as provided herein with respect to the consolidated complaint;

18.  Plaintiffs shall file a consolidated complaint no later than December 20, 2019~~, and Defendants shall file a response to the consolidated complaint by no later than February 17, 2020;~~ *At the first Status Conference, the Court and the parties will discuss whether this date can be advanced and the date for responsive pleadings.* NLP

19.  Except as otherwise expressly stated herein, the Parties reserve all rights, arguments, and defenses with respect to the Consolidated Action, the Related Actions, and/or any issue presented in or by the Consolidated Action or the Related Actions.

SO STIPULATED.

DATED: November 4, 2019          **KAPLAN FOX & KILSHEIMER LLP**

By: _____
        Mario M. Choi

Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4709

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice* application to be filed)
*rkaplan@kaplanfox.com*
Jeffrey P. Campisi (*pro hac vice* application to be filed)
*jcampisi@kaplanfox.com*
Jason A. Uris (*pro hac vice* application to be filed)
*juris@kaplanfox.com*
850 Third Avenue
New York, New York  10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714

*Counsel for Plaintiff Beecham Pearson
  and [Proposed] Co-Lead Counsel*

DATED:  November 4, 2019          **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   /s/ *Reed R. Kathrein*
          Reed R. Kathrein

Reed R. Kathrein (139304)
*reed@hbsslaw.com*
Lucas E. Gilmore (250893)
*lucasg@hbsslaw.com*
Danielle Smith (291237)
*danielles@hbsslaw.com*
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
*steve@hbsslaw.com*
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

*Counsel for Plaintiff Steven Ly
  and [Proposed] Co-Lead Counsel*

DATED:  November 4, 2019            **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By:   /s/ *John T. Jasnoch*
          John T. Jasnoch

John T. Jasnoch (CA 281605)
*jjasnoch@scott-scott.com*
Hal Cunningham (CA 243048)
*hcunningham@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:   (619) 233-0508

– and –

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jonathan M. Zimmerman
*jzimmerman@scott-scott.com*
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334

*Counsel for Plaintiff Michael Hostak
  and [Proposed] Co-Lead Counsel*

**THE SCHALL LAW FIRM**
Brian J. Schall (CA 290685)
*brian@schallfirm.com*
1880 Century Park E, Suite 404
Los Angeles, CA 90067-1604
Telephone:  (310) 301-3335
Facsimile:   (310) 388-0192

*Counsel for Plaintiff Michael Hostak
  and [Proposed] Additional Counsel*

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED COMPLEX CASES
CASE NO. 19-CIV-05564
- 6 -

DATED: November 4, 2019          **O'MELVENY & MYERS LLP**

                                 By:   /s/ *Matthew W. Close*
                                       Matthew W. Close

                                 Matthew W. Close
                                 *mclose@omm.com*
                                 Jonathan B. Waxman
                                 *jwaxman@omm.com*
                                 Kate M. Ikehara
                                 *kikehara@omm.com*
                                 400 S. Hope Street, 18th Floor
                                 Los Angeles, CA  90071

                                 *Counsel for Defendants Sonim Technologies, Inc., Robert Plaschke, James Walker, Maurice Hochschild, Alan Howe, Kenny Young, Susan G. Swenson, John Kneuer, and Jeffrey D. Johnson*

DATED:  November 4, 2019         **SIDLEY AUSTIN LLP**

                                 By:   /s/ *Matthew Dolan*
                                       Matthew Dolan

                                 Matthew J. Dolan
                                 *mdolan@sidley.com*
                                 1001 Page Mill Road, Building 1
                                 Palo Alto, California 94304

                                 *Counsel for Defendants Oppenheimer & Co. Inc., Lake Street Capital Markets, LLC, and National Securities Corporation*

# O R D E R

IT IS SO ORDERED.

DATED: November 6 , 2019.

THE HONORABLE JUDGE OF THE
SUPERIOR COURT

**NANCY L. FINEMAN**