# EXHIBIT F



Daily Interests & Criteria - Maithe

maithers-investment-alerts.com/daily-interests-criteria/



# 2019-08-16 PICKS


← GO BACK

## Sonim Technologies Inc (SONM)

**7.98 +0.88 (+12.39%) 08/16/19** (NASDAQ) Last Q: Ass/Lia: $85.9M/50.8, NI: -4.524 K

Sonim Technologies Inc. provides ultra-rugged mobile phones and accessories. Camel-graph at low

Predict: $18-$19

https://www.sonimtech.com/

## Atreca Inc. Cl A (BCEL)

**16.65 +0.55 (+3.42%)** 08/16/19 (NASDAQ)

Last Q: Ass/Lia: $?

Atreca is a biopharmaceutical company utilizing its differentiated platform to discover and develop novel antibody- based immunotherapeutics to treat a range of solid tumor types.

Graph, recovering from annual low Predict :$23-$28 https://www.atreca.com/

## Agex Therapeutics Inc (AGE)

**2.88 +0.28 (+10.77%)** 20:00 ET (NYSE Arca) Last Q: Ass/Lia:$10.257K/2.850K, NI: -3.19K

AgeX Therapeutics Inc. is involved in the development and commercialization of novel therapeutics targeting aging.

Graph is even since May19

Predict: ?

https://www.agexinc.com/investors-media/news-biotech-company-life-extension/

## Genworth Financial Inc (GNW)

**4.31 unch (unch)** 08/16/19 (NYSE)

Last Q: Ass/Lia: $100.923M/86.734M, NI: 168M

Genworth Financial, Inc. is a Fortune 500 insurance holding company dedicated to helping people secure their financial lives, families and futures.

Canadian subsidiary will be sold probably causes this reaction Graph is coming out of cyclical dip aiming to $5

Predict: $5 https://www.genworth.com/

Maithers-Investment-Alerts.com

1-888-498-8062

**"The Necessary Fine Print"**

Nothing on this website should be considered personalized financial advice. Any investments recommended here in should be made only after consulting with your investment adviser and only after reviewing the prospectus or financial statements of the company. This corporation, its managers, its employees, and assigns (collectively "The Company") do not make any guarantee or warranty about what is advertised above. The Company is not registered or licensed by any governing body in any jurisdiction to give investing advice or provide investment recommendation. The Company is not affiliated with, nor does it receive compensation from, any specific security, though its principal(s) sometimes transacts in its recommended instruments.

© 2019 Maither's Investment Alerts Ltd. All rights Reserved. Website design Toronto by Digitalpha Media          Privacy Policy  |  Terms of Service


English