Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
Sherief Morsy (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
        klenahan@faruqilaw.com
        smorsy@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff David Sterrett*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION OF DAVID STERRETT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**<u>CLASS ACTION</u>**<br><br>Judge:  Hon. Maxine M. Chesney<br>Date:    January 10, 2020<br>Time:   9:00 AM<br>Courtroom:  7 – 19th Floor |

WHEREAS, the above-captioned putative class action under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act") has been filed in the Northern District of California; and

WHEREAS, David Sterrett ("Sterrett") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Sterrett has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 27 of the Securities Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), Sterrett seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS _____ day of _____, the Court having considered the motion of Sterrett For Appointment as Lead Plaintiff and Approval of Lead Counsel, all supporting documents, and any motions filed in opposition thereto, it is hereby ORDERED as follows:

1. The motion of Sterrett to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 27 of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), Sterrett is appointed as Lead Plaintiff for the putative Class.

2. The motion of Sterrett for approval of his counsel as Lead Counsel is GRANTED. Pursuant to Section 27 of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

3. The motions of Sean Campbell (ECF No. 20), Lyndon Maither (ECF No. 22), and Ajay Malhotra and Andre Ling Bin Zulkilfi (ECF No. 30) seeking appointment as Lead Plaintiff and approval of their selection of counsel as Lead Counsel are DENIED.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING MOTION OF DAVID STERRETT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL  NO. 3:19-CV-06416-MMC**