Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Lyndon Maither*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | No.   3:19-cv-06416-MMC<br><br>**DECLARATION OF REED R. KATHREIN IN FURTHER SUPPORT OF THE MOTION OF LYNDON MAITHER FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:          Jan. 10, 2020<br>Time:          9:00 a.m.<br>Courtroom:  7, 19th Floor<br>Judge:         Hon. Maxine M. Chesney<br><br>ORAL ARGUMENT REQUESTED |

I, Reed R. Kathrein, declare as follows:

1.     I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Lyndon Maither ("Mr. Maither" or "Movant").  I am an attorney licensed to practice law in the States of California, Florida and Illinois.  I make this declaration in further support of Mr. Maither's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Electronic correspondence with counsel for lead plaintiff movant David Sterrett, dated December 7, 2019; and

Exhibit B:     Declaration of Lyndon Maither in Further Support of His Motion For Appointment As Lead Plaintiff, And Approval Of His Selection of Lead Counsel

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of December 2019, at Berkeley, California

*/s/ Reed R. Kathrein*
REED R. KATHREIN

KATHREIN DECL. IFSO MOT. TO APPOINT LEAD PL.
AND APPROVE SELECTION OF COUNSEL                                                    - 1
Case No.: 3:19-cv-06416-MMC
010861-12/1219617 V1