# Exhibit A

**Danielle Smith**

| | |
|---|---|
| **From:** | Richard W. Gonnello <rgonnello@faruqilaw.com> |
| **Sent:** | Friday, December 13, 2019 10:35 AM |
| **To:** | Reed Kathrein; Danielle Smith |
| **Cc:** | Katherine Lenahan; Sherief Morsy |
| **Subject:** | Re: Sonim |

Reed:

Under the PSLRA, the only basis to compare Lead Plaintiff movants is their financial interest in the case. Based on their respective sworn statements, it is indisputable that my client has a larger financial stake in the case than yours does. While you may try to rebut the presumption with evidence (as distinguished from baseless speculation) concerning my client's atypicality or inadequacy, no such evidence exists. In any event, your client is not entitled to discovery from my client absent a sufficient evidentiary showing that my client is unsuitable to represent the class under Rule 23. If the Court has any questions about my client, we will be happy to answer them. That said, he is not about to waive the discovery protections afforded him by the PSLRA just to assist you in a baseless fishing expedition.

Best regards,

Rich Gonnello

**From:** "Reed R. Kathrein" <reed@hbsslaw.com>
**Date:** Tuesday, December 10, 2019 at 6:52 PM
**To:** Richard Gonnello <rgonnello@faruqilaw.com>
**Cc:** Danielle Smith <danielles@hbsslaw.com>
**Subject:** Sonim

Richard:

It's been awhile.

We are counsel to lead plaintiff movant Lyndon Maither in Sonim. We write to seek more information about your client to assist us and the Court in determining whether your client satisfies the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure. No information was provided about your client to enable us to do so. In addition Mr. Sterrett's trading pattern appears to be one of an active trader who likely also sold during the class period. So that we can evaluate your client's adequacy and typicality, please advise us of the following by the end of the day Friday, December 13th:

- Sufficient information regarding your client so that we can run a background report. His home address should be sufficient;
- Any relationship your client has or had with Sonim; and
- Confirmation that your client had no sales during or post class period.

Feel free to give me a call.

**Reed Kathrein** | Partner
**Hagens Berman Sobol Shapiro LLP**
715 Hearst Avenue, Suite 202, Berkeley, CA 94710
Direct: (510) 725-3030
reed@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook



Named 2018 Titan of the Plaintiffs' Bar by *Law360* and received the Plaintiffs' Trailblazer Award in 2017 from *The National Law Journal*