# Exhibit B

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Lyndon Maither*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | No.  3:19-cv-06416-MMC<br><br>**DECLARATION OF LYNDON MAITHER IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:          Jan. 10, 2020<br>Time:         9:00 a.m.<br>Courtroom:  7, 19th Floor<br>Judge:        Hon. Maxine M. Chesney<br><br>ORAL ARGUMENT REQUESTED |

010861-12/1220124 V1

I, Lyndon Maither, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in further support of my motion for appointment as lead plaintiff and for approval of selection of counsel in the above-captioned securities class action against Sonim Technologies Inc. ("Sonim"). I have personal knowledge about the information in this Declaration.

2.      I currently reside in the Montréal-area, Québec, Canada. I am presently a private investor. I attended Concordia University, where I obtained my Bachelor of Commerce degree. I also studied Public Accounting at McGill University. In my professional life, I worked as a senior-level accountant for more than 30 years for a variety of companies in the Montreal and Vancouver areas, gaining experience performing all business accounting functions, including cash-flow and budget projections.

3.      Among other pursuits, I have an ongoing interest in corporate fraud prevention and legal compliance. To that end, I have obtained a Certified Fraud Examiner certificate. I have also written extensively on tax and law, including on Canadian anti-fraud issues. Finally, in my time as an accountant/bookkeeper, I acted against financial crime that I encountered on numerous instances, including working with law enforcement.

4.      I am familiar with overseeing lawyers and the legal process. I am also aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by the United States Congress to encourage investors with a significant financial interest to lead securities class actions. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation. I also understand that lead plaintiff status was not required for me in order to secure a recovery.

5.      I am further aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, participate in discovery (including appearing for my deposition, if necessary, and providing evidence relating to my investment in Sonim stock), participate in settlement discussions and conferences, and authorize any potential settlement on

behalf of the class as well as approve any attorneys' fee and cost requests by counsel. I am willing to perform all of these duties on behalf of class members.

6. I have a substantial financial interest in this case based on my ownership of Sonim stock and have a material interest and incentive in prosecuting this case on behalf of Sonim investors.

7. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys, as ordered or approved by the Court.

8. I am aware that I have the right to select counsel as part of the lead plaintiff process. I have selected Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as proposed lead counsel based on my research of the firm, their experience, and my communications with them. I will approve any fee or expense request before it is submitted to the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of December, 2019.

*Lyndon Maither*
_____
LYNDON MAITHER

[PROPOSED] LEAD PL.'S DECL.
IFSO MOT. TO APPOINT LEAD PL. AND APPROVE SELECTION OF COUNSEL                - 2
Case No.: 3:19-cv-06416-MMC
010861-12/1220124 V1