Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
Sherief Morsy (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
        klenahan@faruqilaw.com
        smorsy@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff David Sterrett*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **REPLY DECLARATION OF KATHERINE M. LENAHAN IN FURTHER SUPPORT OF DAVID STERRETT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Maxine M. Chesney<br>Date:    January 10, 2020<br>Time:   9:00 AM<br>Courtroom:  7 – 19th Floor |

I, Katherine M. Lenahan, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to practice before the bar of the Northern District of California. I am a partner with the law firm of Faruqi & Faruqi, LLP (the "Faruqi Firm"). I submit this declaration in further support of the motion filed by David Sterrett ("Sterrett") for appointment as Lead Plaintiff and approval of Sterrett's selection of the Faruqi Firm to serve as Lead Counsel for the putative Class.

2.    Attached as Exhibit A hereto is a true and correct copy of a screenshot taken on December 27, 2019 from Maither's Investment Alerts Ltd.'s website, maithers-investment-alerts.com.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of December 2019.

Katherine M. Lenahan

1

**REPLY DECLARATION OF KATHERINE M. LENAHAN IN SUPPORT OF MOTION OF DAVID STERRETT NO. 3:19-CV-06416-MMC**