# EXHIBIT A



email lyndonmaither@hotmail.com