Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
Sherief Morsy (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
        klenahan@faruqilaw.com
        smorsy@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff David Sterrett*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **DECLARATION OF DAVID K. STERRETT IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**<u>CLASS ACTION</u>**<br><br>Judge: Hon. Maxine M. Chesney<br>Date:  January 10, 2020<br>Time:  9:00 AM<br>Courtroom: 7 – 19th Floor |

I, David K. Sterrett, declare as follows:

1.      I respectfully submit this declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of my selection of Faruqi & Faruqi, LLP as Lead Counsel. I have personal knowledge of the statements herein, and if called as a witness, could and would competently testify thereto.

2.      I live in Nashua, New Hampshire. I received my Bachelor of Science degree in electrical engineering from Merrimack College in North Andover, Massachusetts in 1999. I have worked in the electrical engineering field for approximately thirty (30) years.

3.      I am currently employed as an Electromagnetic Compatibility ("EMC") Engineer at Bose Corporation, where I have worked for about fifteen (15) years.

4.      I have been investing in securities for my own accounts for about ten years.

5.      As I previously certified, the certification that I submitted with my opening brief in this case, ECF No. 16-3, lists all of my transactions in Sonim Technologies, Inc. ("Sonim") common stock. I have not sold any of my Sonim stock.

6.      I have no nonpublic knowledge about the defendants named in this Action.

7.      I am aware that if I am appointed Lead Plaintiff, I will have a fiduciary responsibility to the absent class members and cannot put my personal interests ahead of the class's interests. As I previously certified, I will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, with the exception of any reasonable costs and expenses that are directly related to my representation of the class as ordered and approved by the Court pursuant to the relevant statutory provisions.

8.      I understand that my duties as Lead Plaintiff will include, but are not limited to:

- Providing fair and adequate representation to the class;
- Communicating with counsel and remaining fully informed about the litigation;
- Actively overseeing and directing counsel by reviewing and discussing proposed litigation strategies and court filings with counsel;

1

**DECLARATION OF DAVID K. STERRETT IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL  NO. 3:19-CV-06416-MMC**

- Producing documents in response to discovery requests, answering interrogatories, and testifying at a deposition or trial if called upon to do so; and

- Acting in the best interest of the class as a whole.

9. I have every intention of fulfilling these duties if I am appointed Lead Plaintiff.

10. I lost a significant amount of money on my investments in Sonim stock and I am highly motivated and completely committed to making sure that I and other similarly harmed investors achieve the maximum possible recovery for our losses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of December 2019.

_David K. Sterrett_
David K. Sterrett

2

**DECLARATION OF DAVID K. STERRETT IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL  NO. 3:19-CV-06416-MMC**