United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STERRETT,

          Plaintiff,

    v.

SONIM TECHNOLOGIES, INC., et al.,

          Defendants.

Case No.  19-cv-06416-MMC

**ORDER RE: PLAINTIFF'S "MOTION TO STRIKE"**

Before the Court is plaintiff's "Motion to Strike Defendants' Extrinsic Evidence," filed May 1, 2020, which motion is, in essence, an opposition to defendants' "Request for Incorporation by Reference and Judicial Notice," and, accordingly, defendants' reply to plaintiff's "motion" is due on May 18, 2020.  (See Stipulation and Order, filed March 17, 2020.)

**IT IS SO ORDERED.**

Dated: May 5, 2020

MAXINE M. CHESNEY
United States District Judge