IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>SONIM TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No. 19-cv-06416-MMC<br><br>**ORDER DEEMING DEFENDANTS' MOTION TO DISMISS WITHDRAWN WITHOUT PREJUDICE** |

The parties having advised the Court they have reached a settlement of the above-titled action on a class-wide basis and that they request the August 21, 2020, hearing on defendants' motion to dismiss be taken off calendar, the Court hereby deems said motion withdrawn, without prejudice to refiling if the proposed settlement is not approved.

**IT IS SO ORDERED.**

Dated: August 6, 2020

MAXINE M. CHESNEY
United States District Judge