Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
           klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for [Proposed] Class Representative David Sterrett*
*And [Proposed] Class Counsel for the [Proposed] Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **DECLARATION OF KATHERINE M. LENAHAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Maxine M. Chesney<br>Date:    N/A (*see* Gen. Order. 72-5)_<br>Time:   N/A<br>Courtroom:  7 – 19th Floor |

**DECLARATION OF KATHERINE M. LENAHAN IN SUPPORT OF PRELIMINARY APPROVAL MOTION**
**NO. 3:19-CV-06416-MMC**

I, Katherine M. Lenahan, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to practice before the bar of the Northern District of California.  I am a partner with the law firm of Faruqi & Faruqi, LLP (the "Faruqi Firm").  I submit this declaration in further support of the motion filed by Lead Plaintiff David Sterrett for Preliminary Approval of the Class Action Settlement.

2.    Attached hereto as ***Exhibit 1*** is a true and correct copy of a chart entitled "Past Distributions" created by the Faruqi Firm.

3.    Attached hereto as ***Exhibit 2*** is a true and correct copy of the firm resume of the Faruqi Firm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of September 2020.

*/s/ Katherine M. Lenahan*
Katherine M. Lenahan

1

**DECLARATION OF KATHERINE M. LENAHAN IN SUPPORT OF PRELIMINARY APPROVAL MOTION**
**NO. 3:19-CV-06416-MMC**