# EXHIBIT 1

**Past Distributions Chart\***

| Details | Proposed Settlement | *Larkin v. GoPro, Inc., et al.*, No. 4:16-cv-00654-CW (N.D. Cal.) | *Rihn v. Acadia Pharms. Inc., et al.*, No. 3:15-cv-00575-BTM-DHB (S.D. Cal.) | *In re Dynavax Sec. Litig.*, No. 3:13-CV-02796-CRB (N.D. Cal.) |
|---|---|---|---|---|
| **Settlement Fund** | $2,000,000 | $6,750,000 | $2,925,000 | $4,500,000 |
| **Notices** | Est. 10,000 | 80,680 | 27,841 | 33,117 |
| **Methods of notice** | See § II of motion for preliminary approval | Similar to Proposed Settlement | Similar to Proposed Settlement | Similar to Proposed Settlement |
| **Claims Submitted** | Est. 1,000-2,500 | 6,479 | 6,213 | 6,434 |
| **% Claims Submitted** | Est. 10-25% | 7.5% | 22% | 19% |
| **Average recovery\*\*** | $0.49 per share | $0.14 per share | $0.40 per share | $0.05 per share |
| **Admin. Costs** | Est. $61,740 | $249,015.75 | $221,521.06 | $249,987.67 |
| **Attorneys' fees (25% of the Settlement Fund) and expenses** | Fees: $500,000<br><br>Expenses: $35,000 | Fees: $1,689,977.15<br><br>Expenses: $192,429.10 | Fees: $731,250<br><br>Expenses: $74,546.01 | Fees: $1,097,274<br><br>Expenses: $100,902.12 |
| **Amount to *cy pres*** | To be determined | None at this time | $6,789.77 | None |
| **Date of Final Approval** | To be determined | Sept. 20, 2019 | Jan. 22, 2018 | Feb. 6, 2017 |
| **Date Distribution Granted** | To be determined | May 18, 2020 | Mar. 7, 2019 | Nov. 6, 2017 |

\* The precise number of class members in each case is unknown.

\*\* Assuming claims are submitted for 100% of the shares eligible for distribution, and before deduction of Court-approved fees and expenses.