IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STERRETT,

          Plaintiff,

    v.

SONIM TECHNOLOGIES, INC., et al.,

          Defendants.

Case No.  19-cv-06416-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES**

On September 11, 2020, plaintiff electronically filed (1) a "Motion for Preliminary Approval of the Class Action Settlement," (2) a declaration in support thereof, to which two exhibits are attached, (3) a Stipulation of Settlement, to which a number of exhibits are attached, and (4) a proposed order, to which additional exhibits are attached..

Given the large number of pages comprising said filings, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents.  See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: September 17, 2020

MAXINE M. CHESNEY
United States District Judge