**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Co-Lead Counsel for Intervenors Beecham
Pearson, Stephen Ly, and Michael Hostak*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | Case No. 3:19-cv-06416-MMC<br><br>CLASS ACTION<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION TO INTERVENE AND OBJECT**<br><br>Date:       November 13, 2020<br>Time:       9:00 a.m.<br>Courtroom:   7 – 19th Floor<br>Judge:       Hon. Maxine M. Chesney |

I, Reed Kathrein, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), court-ordered Co-Lead Counsel in a related action pending in the Superior Court of the State of California, San Mateo, captioned *In re Sonim Technologies, Inc. Securities Litigation*, Lead Case No. 19CIV05564 (the "California Action"). I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would do so truthfully and accurately. I submit this declaration, together with the attached exhibits, in support of the Motion to Intervene and Object (the "Motion").

2.      As stated in the Motion, Co-Lead Plaintiffs and Co-Lead Counsel learned of the proposed settlement on September 14, 2020. Neither participated in the virtual mediation held between the parties to this action on June 24, 2020, nor in any subsequent settlement negotiations that, purportedly, led to the withdrawal of Defendants' motion to dismiss on August 6, 2020, or Plaintiff David Sterrett's motion for preliminary approval of settlement filed on September 11, 2020.

3.      Attached are true and correct copies of the following documents:

Exhibit A:      January 21, 2020 Minute Order following the Hearing on the Motion to Stay in *Beecham Pearson v. Sonim Technologies, Inc.*, No. 19-CIV-05564 (Cal. Super. Ct., San Mateo Cty.)

Exhibit B:      September 21, 2020 California Plaintiffs' Letter to Federal Lead Plaintiff/Defendants

Exhibit C:      September 28, 2020 Federal Lead Plaintiff's Response Letter to California Plaintiffs

Exhibit D:      October 25, 2019 Order After Hearing in *In re Cloudera, Inc. Securities Litigation*, No. 19CV348674 (Cal. Super. Ct., Santa Clara C)

Exhibit E:      Hagens Berman Firm Résumé

Exhibit F:      Scott+Scott Firm Résumé

Exhibit G:      Kaplan Fox Firm Résumé

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October, 2020 at Berkeley, California.


By:  */s/ Reed R. Kathrein*
REED R. KATHREIN

2