# Exhibit C



NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

September 28, 2020

**<u>VIA EMAIL</u>**

KAPLAN FOX & KILSHEIMER LLP
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022
jcampisi@kaplanfox.com

HAGENS BERMAN SOBEL SHAPIRO LLP
Reed Kathrein
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
reed@hbsslaw.com

SCOTT+SCOTT
ATTORNEYS AT LAW
Jonathan Zimmerman
230 Park Avenue, 17th Floor
New York, NY 10169
jzimmerman@scott-scott.com

     **Re:** *Sterrett v. Sonim Technologies, Inc., et. al.*, **No. 3:19-cv-06416-MMC (N.D. Cal.)**

Dear Counsel:

Thank you for your letter of September 21, 2020. We appreciate your interest in the proposed settlement of the above-titled class action.

Although we disagree with some of the characterizations in your letter, there is no need to belabor the issues here. Assuming your clients intend to object, their discovery requests are premature. The settlement has not yet been preliminarily approved by Senior District Judge Chesney. Nor, for that matter, has the court approved the notice documents or the mechanism by which class members can exclude themselves from or object to the settlement.

As you know, we believe the settlement is fair, reasonable, and adequate under the circumstances. Assuming the settlement is preliminarily approved, we will consider your clients' discovery requests along with those of any other objectors. Lead Plaintiff will carefully consider each request, as guided by the relevant case law, and moreover will likely have requests of his own.

     Very truly yours,

     Richard W. Gonnello



Jeffrey P. Campisi
Reed Kathrein
Jonathan Zimmerman
September 28, 2020
Page 2 of 2


cc:     Matthew W. Close (via email)
        Matthew James Dolan (via email)