**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>                          Defendants. | Case No. 3:19-cv-06416-MMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |

On October 7, 2020, Intervenors Beecham Pearson, Steven Ly, and Michael Hostak (the "California Plaintiffs") filed a motion to intervene in this action for the limited purpose of objecting to the proposed settlement and seeking a stay under the *Colorado River* doctrine. The Court, having considered the points and authorities submitted in support and in opposition thereof, GRANTS the California Plaintiffs' motion in full and, in so doing, hereby: (1) denies Plaintiff David Sterrett's Motion for the Preliminary Approval of Settlement (ECF No. 75); and (2) stays this action under the *Colorado River* doctrine in favor of the first-filed proceeding pending before the Honorable Nancy L. Fineman in San Mateo County Superior Court.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA