IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.  19-cv-06416-MMC<br><br>**ORDER DIRECTING PROPOSED INTERVENORS TO SUBMIT CHAMBERS COPIES** |

On October 7, 2020, Beecham Pearson, Stephen Ly, and Michael Hostak electronically filed a "Motion to Intervene and Object," as well as a declaration and seven exhibits in support thereof.

Given the large number of pages comprising said filings, the proposed intervenors are hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents.  See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: October 13, 2020

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California