Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
        klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for [Proposed] Class Representative David Sterrett
and [Proposed] Class Counsel for the [Proposed] Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **[PROPOSED] ORDER DENYING STATE PLAINTIFFS' MOTION TO INTERVENE AND OBJECT**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**CLASS ACTION**<br><br>Judge: Hon. Maxine M. Chesney<br>Date:  November 13, 2020<br>Time:  9:00 a.m.<br>Courtroom:  7 – 19th Floor |

Before the Court is the Motion To Intervene and Object ("Intervention Motion") filed by Beecham Pearson, Steven Ly, and Michael Hostak ("State Plaintiffs") on October 7, 2020 (ECF No. 82).  The Court, having read and considered the Intervention Motion, the memorandum of points and authorities filed by Lead Plaintiff David Sterrett ("Lead Plaintiff") in opposition thereto, and all other papers filed in connection therewith, DENIES State Plaintiffs' Intervention Motion in its entirety for the reasons set forth in Lead Plaintiff's opposition.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1