Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
         klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for [Proposed] Class Representative David Sterrett*
*And [Proposed] Class Counsel for the [Proposed] Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE MOTION TO INTERVENE AND OBJECT**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**CLASS ACTION**<br><br>Judge: Hon. Maxine M. Chesney<br>Date: November 13, 2020<br>Time: 9:00 a.m.<br>Courtroom: 7 – 19th Floor |

I, Richard W. Gonnello, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to practice before the bar of the Northern District of California.  I am a partner with the law firm of Faruqi & Faruqi, LLP (the "Faruqi Firm").  I submit this declaration in further support of Lead Plaintiff's Opposition to the Motion to Intervene and Object.

2.    Attached hereto as ***Exhibit A*** is a true and correct copy of the State Court's tentative ruling.

3.    Attached hereto as ***Exhibit B*** is a true and correct copy of the State Court docket as of October 19, 2020, with relevant portions highlighted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of October 2020.

> */s/ Richard W. Gonnello*
> Richard W. Gonnello

1

**DECLARATION OF RICHARD W. GONNELLO IN OPPOSITION TO
MOTION TO INTERVENE AND OBJECT
NO. 3:19-CV-06416-MMC**