# EXHIBIT B

## Case Information

19-CIV-05564 | BEECHAM PEARSON vs SONIM TECHNOLOGIES, INC.

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 19-CIV-05564 | Civil Unlimited | Fineman, Nancy L. |
| File Date | Case Type | Case Status |
| 09/20/2019 | Complex Civil Unlimited Class Action | Active |

## Party

Plaintiff
PEARSON, BEECHAM

Active Attorneys ▾
Lead Attorney
KING, LAURENCE D.
Retained

Plaintiff
LY, STEVEN

Active Attorneys ▾
Lead Attorney
KATHREIN, REED R
Retained

Plaintiff
HOSTAK, MICHAEL

Active Attorneys ▾
Lead Attorney
JASNOCH, JOHN T
Retained

Defendant
SONIM TECHNOLOGIES, INC.

Active Attorneys ▾
Lead Attorney

CLOSE, MATTHEW WILLIAM
Retained

---

Defendant
PLASCHKE, ROBERT

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

---

Defendant
WALKER, JAMES

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

---

Defendant
HOCHSCHILD, MAURICE

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

---

Defendant
HOWE, ALAN

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

---

Defendant
YOUNG, KENNY

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

---

Defendant
SWENSON, SUSAN G.

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

Defendant
KNEUER, JOHN

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

Defendant
JOHNSON, JEFFREY D.

Active Attorneys ▾

Lead Attorney
CLOSE, MATTHEW WILLIAM
Retained

Defendant
OPPENHEIMER & CO., INC.

Active Attorneys ▾

Lead Attorney
DOLAN, MATTHEW J
Retained

Defendant
NATIONAL SECURITIES CORPORATION

Defendant
LAKE STREET CAPITAL MARKETS, LLC

Defendant
DOES 1-25, INCLUSIVE

Defendant
OPPENHEIMER & CO., INC.

Defendant
NATIONAL SECURITIES CORPORATION

Defendant
LAKE STREET CAPITAL MARKETS, LLC

Defendant
NATIONAL SECURITIES CORPORATION

Defendant
LAKE STREET CAPITAL MARKETS, LLC

Defendant
OPPENHEIMER & CO., INC.

Defendant
NATIONAL SECURITIES CORPORATION

Defendant
LAKE STREET CAPITAL MARKETS, LLC

Defendant
OPPENHEIMER & CO., INC.

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|-----------|-----------------|------|----------|---------------|

| | | | | |
|---|---|---|---|---|
| 12/20/2019 | Consolidated Complaint | Action | PEARSON, BEECHAM LY, STEVEN HOSTAK, MICHAEL | SONIM TECHNOLOGIES, INC. PLASCHKE, ROBERT WALKER, JAMES HOCHSCHILD, MAURICE HOWE, ALAN YOUNG, KENNY SWENSON, SUSAN G. KNEUER, JOHN JOHNSON, JEFFREY D. |
| 10/16/2019 | Complaint | Action | HOSTAK, MICHAEL | SONIM TECHNOLOGIES, INC. PLASCHKE, ROBERT WALKER, JAMES HOCHSCHILD, MAURICE HOWE, ALAN YOUNG, KENNY SWENSON, SUSAN G. KNEUER, JOHN JOHNSON, JEFFREY D. OPPENHEIMER & CO., INC. NATIONAL SECURITIES CORPORATION LAKE STREET CAPITAL MARKETS, LLC DOES 1-25, INCLUSIVE |
| 10/04/2019 | Complaint | Action | LY, STEVEN | SONIM TECHNOLOGIES, INC. PLASCHKE, ROBERT WALKER, JAMES HOCHSCHILD, MAURICE HOWE, ALAN YOUNG, KENNY SWENSON, SUSAN G. KNEUER, JOHN JOHNSON, JEFFREY D. OPPENHEIMER & CO., INC. NATIONAL SECURITIES CORPORATION LAKE STREET CAPITAL MARKETS, LLC DOES 1-25, INCLUSIVE |
| 09/20/2019 | Complaint | Action | PEARSON, BEECHAM LY, STEVEN HOSTAK, MICHAEL | SONIM TECHNOLOGIES, INC. PLASCHKE, ROBERT WALKER, JAMES HOCHSCHILD, MAURICE HOWE, ALAN YOUNG, KENNY |

SWENSON, SUSAN G.
KNEUER, JOHN
JOHNSON, JEFFREY D.
OPPENHEIMER & CO., INC.
NATIONAL SECURITIES
CORPORATION
LAKE STREET CAPITAL
MARKETS, LLC

## Events and Hearings

09/20/2019 New Filed Case

09/20/2019 Complaint ▼

Complaint

09/20/2019 Civil Case Cover Sheet ▼

Civil Case Cover Sheet

09/20/2019 Certificate Re: Complex Case Designation ▼

Certificate Re: Complex Case Designation

09/20/2019 Summons Issued / Filed ▼

Summons Issued / Filed

09/20/2019 Class Action Complex Notice ▼

Class Action Complex Notice

09/20/2019 Cause Of Action ▼

| Action | File Date |
| --- | --- |
| Complaint | 09/20/2019 |

09/23/2019 Affidavit of Mailing ▼

Affidavit of Mailing CMO #1

Comment
CMO #1

09/23/2019 Case Management Order ▾

Case Management Order CMO #1

Comment
CMO #1

10/02/2019 Proof of Service by PERSONAL SERVICE of ▾

Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET;
ETC... served on

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC... served on CSC AGENT-JANE DOE-
LEGAL REPRESENTATIVE

10/02/2019 Proof of Service by PERSONAL SERVICE of ▾

Proof of Service by PERSONAL SERVICE of CIVIL CASE COVER SHEET, COMPLAINT, SUMMONS;
ETC... served on

Comment
CIVIL CASE COVER SHEET, COMPLAINT, SUMMONS; ETC... served on BECKY DEGEORGE

10/04/2019 Cause Of Action ▾

| Action | File Date |
| --- | --- |
| Complaint | 10/04/2019 |

10/10/2019 Proof of Service by PERSONAL SERVICE of ▾

Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET;
ETC... served on

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC... served on MARK ARGENTO

10/16/2019 Cause Of Action ▾

| Action | File Date |
| --- | --- |
| Complaint | 10/16/2019 |

10/21/2019 Peremptory Challenge Pursuant to CCP 170.6 Against ▾

Peremptory Challenge Pursuant to CCP 170.6 Against Judicial OfficerFWD TO JUDGE DAVIS DEPT.#1

| Judicial Officer | Comment |
| --- | --- |
| Weiner, Marie S. | Judicial Officer FWD TO JUDGE DAVIS DEPT.#1 |

10/21/2019 Declaration in Support ▼

Declaration in Support DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF SONIM
TECHNOLOGIES, INC.S MOTIO

Comment
DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF SONIM TECHNOLOGIES, INC.S
MOTION AND PEREMPTORY CHALLENGE PURSUANT TO CALIFORNIA CODE OF CIVIL
PROCEDURE SECTION 170.6

10/21/2019 Proposed Order Received ▼

Proposed Order Received [PROPOSED] ORDER GRANTING SONIM TECHNOLOGIES, INC.S MOTION
AND PEREMPTORY CH

Comment
[PROPOSED] ORDER GRANTING SONIM TECHNOLOGIES, INC.S MOTION AND PEREMPTORY
CHALLENGE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 170.6. FWD
TO DEPT. #1

10/21/2019 Notice of Related Case ▼

Notice of Related Case

10/21/2019 Notice of Related Case ▼

Notice of Related Case

10/21/2019 Notice ▼

Notice OF APPEARANCE

Comment
OF APPEARANCE

10/21/2019 Proof of Service by MAIL of ▼

Proof of Service by MAIL of NOTICE OF APPEARANCE; ETC... served on SEE SERVICE LIST

Comment
NOTICE OF APPEARANCE; ETC... served on SEE SERVICE LIST

10/22/2019 Notice & Acknowledgment of Receipt of ▼

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▼

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Details

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/22/2019 Notice & Acknowledgment of Receipt of ▾

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Comment
SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

10/24/2019 Order ▾

Order Type: GRANTING PEREMPTORY CHALLENGESigned by: JUDGE DAVISDate Signed: 10/23/19

Comment
Type: GRANTING PEREMPTORY CHALLENGE Signed by: JUDGE DAVIS Date Signed: 10/23/19

11/04/2019 Order ▾

Order Re-Assigning Case To Judge For All Purposes

Comment
Re-Assigning Case To Judge For All Purposes

11/04/2019 Affidavit of Mailing ▾

Affidavit of Mailing Order Re-Assigning Case To Judge For All Purposes

Comment
Order Re-Assigning Case To Judge For All Purposes

11/04/2019 Stipulation and Proposed Order received & forwarded to Dept ▾

Stipulation and Proposed Order received & forwarded to Dept #4; CONSOLIDATING COMPLEX CASES

Comment
#4; CONSOLIDATING COMPLEX CASES

11/04/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of STIPULATION AND ORDER served on SEE SERVICE LIST

Comment
STIPULATION AND ORDER served on SEE SERVICE LIST

11/05/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of ORDER RE-ASSIGNING CASE TO JUDGE FOR ALL PURPOSES served on SEE SER

Comment
ORDER RE-ASSIGNING CASE TO JUDGE FOR ALL PURPOSES served on SEE SERVICE LIST

11/08/2019 Stipulation & Order ▾

Stipulation & Order Type: CONSOLIDATING RELATED COMPLEX CASESSigned by: JUDGE FINEMANDate Signed:

Comment
Type: CONSOLIDATING RELATED COMPLEX CASES Signed by: JUDGE FINEMAN Date Signed: 11/06/19.

11/08/2019 Case Management Order ▾

Case Management Order NOTICE OF COMPLEX STATUS CONFERENCE AND CASE MANAGEMENT ORDER NO. 1 ISSUED BY

Comment

NOTICE OF COMPLEX STATUS CONFERENCE AND CASE MANAGEMENT ORDER NO. 1
ISSUED BY JUDGE FINEMAN

11/08/2019 Affidavit of Mailing ▾

Affidavit of Mailing 1. STIPULATION AND ORDER CONSOLIDATING RELATED COMPLEX CASES2.
NOTICE OF COMPL

Comment

1. STIPULATION AND ORDER CONSOLIDATING RELATED COMPLEX CASES 2. NOTICE OF
COMPLEX STATUS CONFERENCE AND CASE MANAGEMENT ORDER NO. 1 ISSUED BY JUDGE
FINEMAN

11/08/2019 Case ordered consolidated. ▾

Comment

Lead Case:19-CIV-05564 Consolidated Case:19-CIV-05889,19-CIV-06104

11/12/2019 Notice of Entry of Order ▾

Notice of Entry of Order

Comment

Notice of Entry of Order of Consolidating Related Complex Cases

11/12/2019 Notice of Entry of Order ▾

Notice of Entry of Order

Comment

Notice of Entry of Case Management Order No. 1

11/12/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of

Comment

A. STIPULATION AND ORDER CONSOLIDATING RELATED COMPLEX CASES ETC.. served on
SEE SERVICE LIST

11/12/2019 Amended Order ▾

Amended Order RE STATUS CONFERENCE signed by Judge Fineman on 11/12/19.

Comment

RE STATUS CONFERENCE signed by Judge Fineman on 11/12/19.

11/12/2019 Affidavit of Mailing ▾

Affidavit of Mailing AMENDED ORDER RE STATUS CONFERENCE

Comment

AMENDED ORDER RE STATUS CONFERENCE

11/14/2019 Application to Appear as Counsel Pro Hac Vice ▼

Application to Appear as Counsel Pro Hac Vice OF JEFFREY P. CAMPISI TO APPEAR FOR PLAINTIFF BEECHAM

Comment
OF JEFFREY P. CAMPISI TO APPEAR FOR PLAINTIFF BEECHAM PEARSON

11/14/2019 Declaration in Support ▼

Declaration in Support OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PL

Comment
OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF BEECHAM PEARSON

11/14/2019 Proposed Order Received ▼

Proposed Order Received GRANTING OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC V

Comment
GRANTING OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF BEECHAM PEARSON. FWD TO DEPT. #4

11/14/2019 Proof of Service - ELECTRONIC of ▼

Proof of Service - ELECTRONIC of NOTICE OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PR

Comment
NOTICE OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF BEECHAM PEARSON; ETC... served on SEE SERVICE LIST

11/18/2019 Order Denying ▼

Order Denying RE: TO PRO HAC VICE

Comment
RE: TO PRO HAC VICE

11/22/2019 Case Management Conference ▼

Judicial Officer
Weiner, Marie S.

Hearing Time
10:00 AM

Cancel Reason
Peremptory Challenge

Comment
CLASS ACTION SUIT

11/25/2019 Notice ▼

Notice OF APPEARANCE OF ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ETC...

Comment
OF APPEARANCE OF ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ETC...

11/25/2019 Proof of Service - ELECTRONIC of ▼

Proof of Service - ELECTRONIC of NOTICE OF APPEARANCE OF ROBERT PLASCHKE, ETC... served on SEE SERVI

Comment
NOTICE OF APPEARANCE OF ROBERT PLASCHKE, ETC... served on SEE SERVICE LIST

12/02/2019 Notice of Entry of Order ▼

Notice of Entry of Order Notice of Entry of 11/12/19 Amended Order re Status Conference

Comment
Notice of Entry of 11/12/19 Amended Order re Status Conference

12/02/2019 Proof of Service - ELECTRONIC of ▼

Proof of Service - ELECTRONIC of Notice of Entry of 11/12/19 Amended Order re Status Conference serv

Comment
Notice of Entry of 11/12/19 Amended Order re Status Conference served on SEE SERVICE LIST

12/02/2019 Application to Appear as Counsel Pro Hac Vice (RENEWAL) ▼

Application to Appear as Counsel Pro Hac Vice (RENEWAL) Notice of Application of Jeffrey P. Campisi

Comment
Notice of Application of Jeffrey P. Campisi to Appear Pro Hac Vice; Declaration of Jeffrey P. Campisi iso

12/02/2019 Declaration in Support ▼

Declaration in Support Declaration of Laurence D. King in Support of the Pro Hac Vice Application of

Comment
Declaration of Laurence D. King in Support of the Pro Hac Vice Application of Attorney Jeffrey P. Campisi

12/02/2019 Proposed Order Received ▼

Proposed Order Received Proposed Order Granting Jeffrey P. Campisi Pro Hac Vice Admission

Comment
Proposed Order Granting Jeffrey P. Campisi Pro Hac Vice Admission

12/02/2019 Proof of Service by MAIL of ▼

Details

Proof of Service by MAIL of NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VI

Comment
NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF BEECHAM PEARSON;ETC served on SEE SERVICE LIST

12/02/2019 Proof of Service by MAIL of ▼

Proof of Service by MAIL of NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VI

Comment
NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF BEECHAM PEARSON;ETC served on SEE SERVICE LIST served on SEE SERVICE LIST

12/02/2019 Proof of Service - ELECTRONIC of ▼

Proof of Service - ELECTRONIC of NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO H

Comment
NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF BEECHAM PEARSON;ETC served on SEE SERVICE LIST served on SEE SERVICE LIST

12/03/2019 Case Management Statement ▼

Case Management Statement CMC 12/6/19

Comment
CMC 12/6/19

12/03/2019 Proof of Service - ELECTRONIC of ▼

Proof of Service - ELECTRONIC of JOINT CASE MANAGEMENT STATEMENT served on SEE SERVICE LIST

Comment
JOINT CASE MANAGEMENT STATEMENT served on SEE SERVICE LIST

12/06/2019 Case Management Conference ▼

~CIV Minute Order - Case Management Conference 12/06/2019

Judicial Officer
Fineman, Nancy L.

Hearing Time
10:00 AM

Result
Held

Parties Present ▲
Defendant

Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: CLOSE, MATTHEW WILLIAM

Defendant

    Attorney: DOLAN, MATTHEW J

Plaintiff

    Attorney: KATHREIN, REED R

Plaintiff

    Attorney: JASNOCH, JOHN T

12/09/2019 Notice of Motion and Motion for Stay ▾

Notice of Motion and Motion for Stay MOTION TO STAY

    Comment
    MOTION TO STAY

12/09/2019 Declaration in Support ▾

Declaration in Support OF MATTHEW W CLOSE IN SUPPORT OF SONIM DEFENDANTS' MOTION TO STAY

    Comment
    OF MATTHEW W CLOSE IN SUPPORT OF SONIM DEFENDANTS' MOTION TO STAY

12/09/2019 Proposed Order Received ▾

Proposed Order Received RE: SONIM DEFENDANTS' MOTION TO STAY

Details

Comment
RE: SONIM DEFENDANTS' MOTION TO STAY

12/09/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of SONIM DEFENDANTS' MOTION TO STAY AND MEMORANDUM OF POINTS AND AUTHO

Comment
SONIM DEFENDANTS' MOTION TO STAY AND MEMORANDUM OF POINTS AND AUTHORITIES;ETC served on SEE SERVICE LIST

12/10/2019 Joinder ▾

Joinder UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION TO STAY

Comment
UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION TO STAY

12/10/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION

Comment
UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION TO STAY served on SEE SERVICE LIST

12/10/2019 Notice of Hearing re ▾

Notice of Hearing re Notice of Hearing for PHV Application of Jeffrey P. Campisi

Comment
Notice of Hearing for PHV Application of Jeffrey P. Campisi

12/10/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of Notice of Hearing for PHV Application of Jeffrey P. Campisi served

Comment
Notice of Hearing for PHV Application of Jeffrey P. Campisi served on SEE SERVICE LIST

12/10/2019 Proof of Service by MAIL of ▾

Proof of Service by MAIL of Notice of Hearing for PHV Application of Jeffrey P. Campisi served on SE

Comment
Notice of Hearing for PHV Application of Jeffrey P. Campisi served on SEE SERVICE LIST

12/12/2019 Proposed Order Received ▾

Proposed Order Received CASE MANAGEMENT ORDER 2; FWD TO DEPT 4

Comment
CASE MANAGEMENT ORDER 2; FWD TO DEPT 4

12/12/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of CASE MANAGEMENT ORDER 2 served on SEE SERVICE LIST

> Comment
> CASE MANAGEMENT ORDER 2 served on SEE SERVICE LIST

12/18/2019 Case Management Order ▾

Case Management Order NO. 2

> Comment
> NO. 2

12/20/2019 Consolidated Complaint ▾

Consolidated Complaint CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES ACT OF 1

> Comment
> CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES ACT OF 1933

12/20/2019 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIE

> Comment
> CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES ACT served on SEE SERVICE LIST

12/20/2019 Cause Of Action ▾

> Action            File Date
> Consolidated     12/20/2019
> Complaint

01/07/2020 Memorandum of Points and Authorities in Opposition ▾

Memorandum of Points and Authorities in Opposition TO DEFENDANTS' MOTION TO STAY

> Comment
> TO DEFENDANTS' MOTION TO STAY

01/07/2020 Declaration in Opposition ▾

Declaration in Opposition OF JOHN T JASNOCH IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY

> Comment
> OF JOHN T JASNOCH IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY

01/07/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of OPPOSITION TO DEFENDANTS' MOTION TO STAY;ETC served on SEE SERVICE

> **Comment**
> OPPOSITION TO DEFENDANTS' MOTION TO STAY;ETC served on SEE SERVICE LIST

01/16/2020 Memorandum of Points and Authorities in Reply ▾

Memorandum of Points and Authorities in Reply REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER

> **Comment**
> REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION TO STAY

01/16/2020 Declaration in Support ▾

Declaration in Support DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF MOTION TO STAY REPLY

> **Comment**
> DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF MOTION TO STAY REPLY

01/16/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF MOTION TO STAY REPLY;

> **Comment**
> DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF MOTION TO STAY REPLY; ETC served on SEE SERVICE LIST

01/22/2020 Notice of Change of Address of Attorney ▾

Notice of Change of Address of Attorney

01/22/2020 Notice of Change of Address of Attorney ▾

Notice of Change of Address of Attorney

01/22/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION [FOR ATTOR

> **Comment**
> NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION [FOR ATTORNEY MARIO M. CHOI]; ETC served on SEE SERVICE LIST

01/24/2020 Notice ▾

Notice OF FEDERAL COURT ORDER GRANTING DAVID STERRETT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND

Comment

<mark>OF FEDERAL COURT ORDER GRANTING DAVID STERRETT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING FARUQI & FARUQI, LLP AS LEAD COUNSEL</mark>

01/24/2020 Application to Appear as Counsel Pro Hac Vice ▾

Application to Appear as Counsel Pro Hac Vice FOR ROBIN E. WECHKIN

Comment

FOR ROBIN E. WECHKIN

01/28/2020 Notice ▾

Notice NOTICE OF SCHEDULING STIPULATION IN FEDERAL COURT ACTION

Comment

NOTICE OF SCHEDULING STIPULATION IN FEDERAL COURT ACTION

01/29/2020 Case Management Statement ▾

Case Management Statement JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Comment

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

01/31/2020 Motion to Stay ▾

~CIV Minute Order - Motion to Stay 01/31/2020

Judicial Officer

Fineman, Nancy L.

Hearing Time

09:30 AM

Result

Held

Comment

MOTION TO STAY

Parties Present▲

Defendant

Attorney: CLOSE, MATTHEW WILLIAM

Defendant

Attorney: CLOSE, MATTHEW WILLIAM

Defendant

Attorney: CLOSE, MATTHEW WILLIAM

Defendant

Attorney: CLOSE, MATTHEW WILLIAM

Defendant

Attorney: CLOSE, MATTHEW WILLIAM

Defendant

   Attorney: CLOSE, MATTHEW WILLIAM

Defendant

   Attorney: CLOSE, MATTHEW WILLIAM

Defendant

   Attorney: CLOSE, MATTHEW WILLIAM

Defendant

   Attorney: CLOSE, MATTHEW WILLIAM

Plaintiff

   Attorney: JASNOCH, JOHN T

---

01/31/2020 Application to Appear as Counsel Pro Hac Vice ▾

~CIV Minute Order - Application to Appear as Counsel Pro Hac Vice 01/31/2020

Judicial Officer
Fineman, Nancy L.

Hearing Time
09:30 AM

Result
Held

Comment
notice of hearing will be filed by end of 12/10/19

---

01/31/2020 Joinder ▾

~CIV Minute Order - Joinder 01/31/2020

Judicial Officer
Fineman, Nancy L.

Hearing Time
09:30 AM

Result
Held

Comment
UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION TO STAY

---

01/31/2020 Complex Case Status Conference ▾

~CIV Minute Order - Complex Case Status Conference 01/31/2020

Judicial Officer
Fineman, Nancy L.

Hearing Time
09:30 AM

Result
Held

01/31/2020 Tentative ruling adopted and becomes order: ▾

Comment

Defendants have filed a motion to stay on two different grounds: (1) a decision in the Delaware Supreme Court which will be issued shortly, is likely to determine a critical gating question in this case; and (2) there is a substantially similar action pending in the federal district court in the Northern District of California, litigating both of those claims would be wasteful and duplicative, and the claims should be heard in federal court. Plaintiff opposes both grounds for stay. As the parties acknowledge (Defendants' Opening Brief at 6:8-19 and Reply Brief at 2:8-9; Plaintiffs' Opposition Brief at 2), this Court uses its discretion in determining whether to grant a stay. OTO, L.L.C. v. Kho (2019) 8 Cal.5th 111, 141 ("A court ordinarily has inherent power, in its discretion, to stay proceedings when such a stay will accommodate the ends of justice."); Caiafa Prof. Law Corp. v. State Farm Fire & Cas. Co. (1993) 15 Cal.App.4th 800, 804 ("It is black letter law that, when a federal action has been filed covering the same subject matter as is involved in a California action, the California court has the discretion but not the obligation to stay the state court action." (citations omitted).) Exercising its discretion, after balancing all the factors, this Court will stay the action until April 17, 2020 so that this Court can have the benefit of the Delaware Supreme Court's opinion in Sciabacucchi v. Salzberg. The case was argued to the Delaware Supreme Court on January 8, 2020, and the Delaware Supreme Court has until April 7, 2020 to rule. Due to the potential significant impact of the opinion to this case, the Court finds that it is the most efficient use of judicial resources to stay this case until the opinion is issued. This relief is all that Defendants request. See Defendants' Opening Brief at 1:25-27. Plaintiffs' argument is primarily that the case, if appealed, will not be final for many years. Certainly if there is an appeal, there will be further delay. It may be true that Defendants may seek a further stay, but that request is not before the Court. The Court finds, in balancing the different factors and exercising its discretion, a delay of less than three months is appropriate. If the Delaware Supreme Court reverses the lower court, then the Court will continue the stay and the parties shall submit briefs (of no more than 20 pages) by April 24, 2020 arguing the effect of the Supreme Court opinion on the Court in this case. The parties are ordered to meet and confer and submit a stipulation to set future hearing dates. If the Delaware Supreme Court affirms the lower court, this Court, using its discretion after balancing all the factors, DENIES the request for a stay. In these types of cases, federal and state courts often work in coordination to minimize any conflicts and there is no reason that such cooperation cannot occur in this case between this Court and the Hon. Maxine Chesney of the United States District Court for the Northern District of California. Over 60 years ago, our Supreme Court set forth the factors that this Court uses in exercising its discretion in determining whether a stay should be granted: When an action is brought in a court of this state involving the same parties and the same subject matter as an action already pending in a court of another jurisdiction, a stay of the California proceedings is not a matter of right, but within the sound discretion of the trial court. In exercising its discretion the court should consider the importance of discouraging multiple litigation designed solely to harass an adverse party, and of avoiding unseemly conflicts with the courts of other jurisdictions. It should also consider whether the rights of the parties can best be determined by the court of the other jurisdiction because of the nature of the subject matter, the availability of witnesses, or the stage to which the proceedings in the other court have already advanced. Farmland Irr. Co. v. Dopplmaier (1957) 48 Cal.2d 208, 215; see Thomson v. Continental Ins. Co. (1967) 66 Cal.2d 738, 747 (factoring in favoring stay when federal action is in California); Caiafa Prof. Law Corp. v. State Farm Fire & Cas. Co. (1993) 15 Cal.App.4th 800 (applying factors); Gregg v. Superior Court (1987) 194 Cal.App.3d 134, 138 (applying factors); Schneider v. Vennard (1986) 183 Cal.App.3d 1340 (applying factors to class certification denial). Both parties cite to trial court orders, which as recognized are not binding on this Court or precedent. First, there can be no question that the subject matter is the same between the state and federal action, Farmland at 215, which weighs in favor of a stay. However, while the defendants are identical or almost identical, the plaintiffs are different. While each plaintiff seeks to represent a class of shareholders, no class has been certified. See Gregg at 138. At this point, it is speculative as to whether a class will be certified. The Court finds this factor weighs against a stay. Second, while the actions are pending in this Court and the federal district court for the Northern District of California, this state court action was filed first. In considering the factor of discouraging multiple litigation, Farmland

at 215, a stay of this case would encourage multiple litigation because it would encourage plaintiffs to file in federal court after a state court action had already been filed. This factor weighs against a stay. The Court sees no evidence that any of the cases were meant to harass the defendants, Farmland at 215; thus the factor is neutral. Third, whether the rights of the parties can best be determined by the federal court action. Caiafa at 806. Although federal claims are alleged, it is undisputed this Court has jurisdiction to hear this action. Cyan, Inc. v. Beaver County Employees Retirement Fund (2018) 138 S.Ct. 1061. State courts frequently interpret federal and other state's laws and there is no reason that this Court cannot determine the parties' rights in this case. If state courts always defer to federal courts in securities cases, then the holding of Cyan has no meaning. Defendants argue about the wider relief that a class can obtain in federal court, but Plaintiffs point out advantages of state court. The Court finds that, in order to give meaning to Cyan, this factor weighs against a stay. Fourth, whether this action should be stayed to avoid "unseemly conflict." Farmland at 215. None of the cases define "unseemly." If the appellate courts were concerned about avoiding any conflict, then the adjective "unseemly" would not be necessary. Defendant argues that having the two actions proceed will result in wasted resources of time and money. The concern is justified and the Court is mindful of making all litigation, not just this litigation, efficient. To that end, this Court will work with the parties and Judge Chesney to limit duplicative work, primarily in the discovery area. If Defendants have concern with the federal plaintiffs obtaining discovery while a federal discovery stay is in effect, the Court can issue appropriate protective orders to temporarily prohibit the sharing of information with the federal plaintiffs until the stay is lifted. Defendants also argue that there may be inconsistent rulings. If a ruling is incorrect, then the proper remedy is appeal or writ. If rulings are inconsistent because of differences in state and federal law or procedure, that factor weighs against a stay. Certain conflict is inevitable, but balancing the factors, this Court finds that the state court action should proceed. Fifth, where the federal action is pending. Caiafa at 807, citing Thomson at 747 (a forum non conveniens case). Plaintiff argues that Caiafa is distinguishable on this point because, in Caiafa, unlike this case, the federal action was filed first and was further along. Defendants point out that the "first filed" rule does not apply where the two courts are not in the same sovereignty. Plaintiff also distinguishes Caiafa on the grounds that it was between the same exact parties. In Caiafa, State Farm first filed a RICO action against Caiafa in federal court. Nearly, nine months later, Caiafa filed his state court action, which state court stayed and the Court of Appeal affirmed. The Court finds both distinguishing factors relevant here. In this case, the state action was filed first. Also in this case, the plaintiffs are not identical (although the proposed classes they seek to represent may be). The Bay Area, either in federal or state court seems the logical venue for any action since Sonim has its principal executive offices San Mateo, California, Consolidated Complaint, paragraph 37, which is within San Mateo County and the Northern District of California. Based on the facts of this case, the Court finds this factor neutral. Sixth, both the federal and state court actions are in the early stages, and it is optimal to coordinate discovery between the two actions. Accordingly, balancing all the factors and using its discretion, the Court DENIES Defendants' motion for stay based upon a federal action pending. Attorney for Plaintiff to prepare formal order and submit to court for approval.

02/03/2020 Order ▾

Order Type: GRANTING APPLICATION FOR ADMISSION OF JEFFREY CAMPISI PRO HAC VICESigned by: JUDGE FINE

Comment
Type: GRANTING APPLICATION FOR ADMISSION OF JEFFREY CAMPISI PRO HAC VICE Signed by: JUDGE FINEMAN Date Signed: 1/31/20

02/10/2020 Proposed Order Received ▾

Proposed Order Received CASE MANAGEMENT ORDER #3; SENT TO DEPT 4

Comment
CASE MANAGEMENT ORDER #3; SENT TO DEPT 4

02/10/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of CMO #3 served on SEE SERVICE LIST

Comment
CMO #3 served on SEE SERVICE LIST

02/13/2020 Case Management Order ▾

Case Management Order NO.3 SIGNED BY JUDGE FINEMAN 2/11/20

Comment
NO.3 SIGNED BY JUDGE FINEMAN 2/11/20

02/14/2020 Application to Appear as Counsel Pro Hac Vice ▾

~CIV Minute Order - Application to Appear as Counsel Pro Hac Vice 02/14/2020

Judicial Officer
Fineman, Nancy L.

Hearing Time
9:00 AM

Result
Held

Comment
FOR ROBIN E. WECHKIN

02/14/2020 Tentative ruling adopted and becomes order: ▾

Comment
APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE The unopposed application for Robin E.
Wechkin to appear as Counsel Pro Hac Vice is DENIED without prejudice. Applicant failed to provide
her residence address, which is required by California Rule of Court Rule 9.40(d)(1).

04/27/2020 Order ▾

Order SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS BASED ON FORUM
NON CONVENIENSType

Comment
SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS BASED ON FORUM
NON CONVENIENS Type: SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO
DISMISS BASED ON FORUM NON CONVENIENS Signed by: N. FINEMAN Date Signed: 04/27/20

05/05/2020 Stipulation ▾

Stipulation JOINT & ORDER REGARDING THE CONTENTS OF BRIEFING ON DEFENDANTS' MOTION
TO DISMISS BASED

Comment
JOINT & ORDER REGARDING THE CONTENTS OF BRIEFING ON DEFENDANTS' MOTION TO
DISMISS BASED ON FORUM NON CONVENIENS

05/11/2020 Motion to Dismiss ▾

Motion to Dismiss MOTION TO DISMISS BASED ON FORUM NON CONVIENENS

Comment
MOTION TO DISMISS BASED ON FORUM NON CONVIENENS

05/11/2020 Declaration in Support ▾

Declaration in Support OF MATTHEW CLOSE IN SUPPORT OF MOTION TO DISMISS

Comment
OF MATTHEW CLOSE IN SUPPORT OF MOTION TO DISMISS

05/11/2020 Proposed Order Received ▾

Proposed Order Received GRANTING MOTION TO DISMISS

Comment
GRANTING MOTION TO DISMISS

05/11/2020 Proof of Service by MAIL of ▾

Proof of Service by MAIL of MOTION TO DISMISS;ETC served on SEE SERVICE LIST

Comment
MOTION TO DISMISS;ETC served on SEE SERVICE LIST

05/15/2020 Notice of Motion and Motion for Joinder ▾

Notice of Motion and Motion for Joinder UNDERWRITER DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN SON

Comment
UNDERWRITER DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN SONIM TECHNOLOGIES, INC.'S MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

06/10/2020 Memorandum of Points and Authorities in Opposition ▾

Memorandum of Points and Authorities in Opposition MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO

Comment
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

06/10/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON

Comment
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS ;ETC served on SEE SERVICE LIST

06/11/2020 Declaration in Opposition ▼

EXHIBIT 1.pdf

2020-06-10 Sonim JTJ Decl ISO Opp to MTD.pdf

Comment

DECLARATION IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

06/26/2020 Stipulation & Order ▼

Stipulation & Order Type: REGARDING THE CONTENTS OF DEFENDANTS' REPLY IN SUPPORT OF
THEIR MOTION TO

Comment

Type: REGARDING THE CONTENTS OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION
TO DISMISS BASED ON FORUM NON CONVENIENS AND HEARING DATE ON DEFENDANTS'
MOTION TO DISMISS Signed by: JUDGE FINEMAN Date Signed: 6/26/20

07/10/2020 Memorandum of Points and Authorities in Reply ▼

Memorandum of Points and Authorities in Reply REPLY IN SUPPORT OF SONIM DEFENDANTS' MOTION
TO DISMIS

Comment

REPLY IN SUPPORT OF SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON
CONVENIENS

07/10/2020 Declaration in Reply ▼

Declaration in Reply DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF SONIM DEFENDANTS'
REPLY MOTION TO

Comment

DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF SONIM DEFENDANTS' REPLY
MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

07/10/2020 Proof of Service - ELECTRONIC of ▼

Proof of Service - ELECTRONIC of REPLY IN SUPPORT OF SONIM DEFENDANTS' MOTION TO
DISMISS BASED ON FO

Comment

REPLY IN SUPPORT OF SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON
CONVENIENS; ETC served on SEE SERVICE LIST

07/28/2020 Order ▼

Order Type: CONTINUING SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON
CONVENIENSSigned by:

Comment

Type: CONTINUING SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON
CONVENIENS Signed by: JUDGE FINEMAN Date Signed: 07/27/20.

07/31/2020 Motion to Dismiss ▾

Judicial Officer
Fineman, Nancy L.

Hearing Time
09:30 AM

Cancel Reason
Vacated

07/31/2020 Notice ▾

Notice NOTICE OF HEARING FOR SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

Comment
NOTICE OF HEARING FOR SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

10/13/2020 Opposition ▾

Opposition TO PLAINTIFFS' UNTIMELY MOTION TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO D

Comment
TO PLAINTIFFS' UNTIMELY MOTION TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

10/13/2020 Declaration in Support ▾

Declaration in Support OF MATTHEW W. CLOSE OF SONIM DEFENDANTS' OPPOSITION TO PLAINTIFFS' UNTIMELY M

Comment
OF MATTHEW W. CLOSE OF SONIM DEFENDANTS' OPPOSITION TO PLAINTIFFS' UNTIMELY MOTION TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

10/13/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of SONIM DEFENDANTS' OPPOSITION TO PLAINTIFFS' UNTIMELY MOTION TO FILE

Comment
SONIM DEFENDANTS' OPPOSITION TO PLAINTIFFS' UNTIMELY MOTION TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS served on SEE SERVICE LIST

10/13/2020 Notice ▾

Notice (NO HEARING SCHEDULED PER DEPT.4)-NO FEE CHARGED OF JOINDER AND JOINDER IN SONIM DEFENDANTS O

Comment
(NO HEARING SCHEDULED PER DEPT.4)-NO FEE CHARGED OF JOINDER AND JOINDER IN SONIM DEFENDANTS OPPOSITION TO PLAINTIFFS' UNTIMELY MOTION TO FILE

SUPPLEMENTAL OPPOSITION TO DEFENDANTS MOTION TO DISMISS

---

10/13/2020 Proof of Service - ELECTRONIC of ▾

Proof of Service - ELECTRONIC of UNDERWRITER DEFENDANTS'NOTICE OF JOINDER AND JOINDER IN SONIM DEFEN

Comment
UNDERWRITER DEFENDANTS'NOTICE OF JOINDER AND JOINDER IN SONIM DEFENDANTS OPPOSITION TO PLAINTIFFS' UNTIMELY MOTION TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS served on SEE SERVICE LIST

---

10/15/2020 Motion to Dismiss ▾

Original Type
Motion to Dismiss

Judicial Officer
Fineman, Nancy L.

Hearing Time
09:30 AM

Result
Held

Comment
SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

---

10/15/2020 Hearing on Joinder ▾

Original Type
Hearing on Joinder

Judicial Officer
Fineman, Nancy L.

Hearing Time
09:30 AM

Result
Held

Comment
UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES, INC.'S MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

---

10/15/2020 Matter Taken Under Submission ▾

Judicial Officer        Comment
Fineman, Nancy L.       Matter under submission: MOTION TO DISMISS AND JOINDER
                        HEARINGS Judicial officer: JUDGE FINEMAN

---

10/15/2020 Matter Taken Under Submission ▾

Judicial Officer        Comment
Fineman, Nancy L.       Matter under submission: MOTION TO DISMISS AND JOINDER
                        HEARINGS Judicial officer: JUDGE FINEMAN

## Financial

PEARSON, BEECHAM

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $2,495.00 |
| Total Payments and Credits | | | | $1,495.00 |
| 9/20/2019 | Transaction Assessment | | | $435.00 |
| 9/20/2019 | eFile Online Payment | Receipt # 2019-058520-HOJ | PEARSON, BEECHAM | ($435.00) |
| 9/20/2019 | Transaction Assessment | | | $1,000.00 |
| 11/14/2019 | Transaction Assessment | | | $530.00 |
| 11/14/2019 | eFile Online Payment | Receipt # 2019-069289-HOJ | PEARSON, BEECHAM | ($530.00) |
| 12/3/2019 | Transaction Assessment | | | $530.00 |
| 12/3/2019 | eFile Online Payment | Receipt # 2019-072866-HOJ | PEARSON, BEECHAM | ($530.00) |

SONIM TECHNOLOGIES, INC.

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $1,525.00 |
| Total Payments and Credits | | | | $1,525.00 |
| 10/22/2019 | Transaction Assessment | | | $1,525.00 |
| 10/22/2019 | eFile Online Payment | Receipt # 2019-064568-HOJ | SONIM TECHNOLOGIES, INC. | ($1,525.00) |

PLASCHKE, ROBERT

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $1,435.00 |
| Total Payments and Credits | | | | $0.00 |
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

WALKER, JAMES

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $1,435.00 |
| Total Payments and Credits | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

**HOCHSCHILD, MAURICE**
Total Financial Assessment $1,435.00
Total Payments and Credits $0.00

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

**HOWE, ALAN**
Total Financial Assessment $1,615.00
Total Payments and Credits $11,660.00

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |
| 11/26/2019 | eFile Online Payment | Receipt # 2019-071862-HOJ | HOWE, ALAN | ($11,480.00) |
| 12/10/2019 | Transaction Assessment | | | $90.00 |
| 12/10/2019 | eFile Online Payment | Receipt # 2019-074801-HOJ | HOWE, ALAN | ($90.00) |
| 5/15/2020 | Transaction Assessment | | | $90.00 |
| 5/15/2020 | eFile Online Payment | Receipt # 2020-020364-HOJ | HOWE, ALAN | ($90.00) |

**YOUNG, KENNY**
Total Financial Assessment $1,435.00
Total Payments and Credits $0.00

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

**SWENSON, SUSAN G.**
Total Financial Assessment $1,435.00
Total Payments and Credits $0.00

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

**KNEUER, JOHN**
Total Financial Assessment $1,435.00
Total Payments and Credits $0.00

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

**JOHNSON, JEFFREY D.**
Total Financial Assessment $1,435.00
Total Payments and Credits $0.00

| | | | | |
|---|---|---|---|---|
| 11/25/2019 | Transaction Assessment | | | $1,435.00 |

**OPPENHEIMER & CO., INC.**
Total Financial Assessment $4,835.00
Total Payments and Credits $4,835.00

| | | | | |
|---|---|---|---|---|
| 12/10/2019 | Transaction Assessment | | | $4,305.00 |

| 12/10/2019 | eFile Online Payment | Receipt # 2019-074803-HOJ | OPPENHEIMER & CO., INC. | ($4,305.00) |
|---|---|---|---|---|
| 1/27/2020 | Transaction Assessment | | | $530.00 |
| 1/27/2020 | eFile Online Payment | Receipt # 2020-004938-HOJ | OPPENHEIMER & CO., INC. | ($530.00) |

NATIONAL SECURITIES CORPORATION

| Total Financial Assessment | $90.00 |
|---|---|
| Total Payments and Credits | $90.00 |

| 5/20/2020 | Transaction Assessment | | | $90.00 |
|---|---|---|---|---|
| 5/20/2020 | eFile Online Payment | Receipt # 2020-020771-HOJ | NATIONAL SECURITIES CORPORATION | ($90.00) |

## Documents

Complaint

Civil Case Cover Sheet

Certificate Re: Complex Case Designation

Summons Issued / Filed

Class Action Complex Notice

Case Management Order CMO #1

Affidavit of Mailing CMO #1

Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC... served on

Proof of Service by PERSONAL SERVICE of CIVIL CASE COVER SHEET, COMPLAINT, SUMMONS; ETC... served on

Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC... served on

Peremptory Challenge Pursuant to CCP 170.6 Against Judicial OfficerFWD TO JUDGE DAVIS DEPT.#1

Declaration in Support DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF SONIM TECHNOLOGIES, INC.S MOTIO

Proposed Order Received [PROPOSED] ORDER GRANTING SONIM TECHNOLOGIES, INC.S MOTION AND PEREMPTORY CH

Notice of Related Case

Notice of Related Case

Notice OF APPEARANCE

Proof of Service by MAIL of NOTICE OF APPEARANCE; ETC... served on SEE SERVICE LIST

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Notice & Acknowledgment of Receipt of SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET; ETC...

Order Type: GRANTING PEREMPTORY CHALLENGESigned by: JUDGE DAVISDate Signed: 10/23/19

Order Re-Assigning Case To Judge For All Purposes

Affidavit of Mailing Order Re-Assigning Case To Judge For All Purposes

Stipulation and Proposed Order received & forwarded to Dept #4; CONSOLIDATING COMPLEX CASES

Proof of Service - ELECTRONIC of STIPULATION AND ORDER served on SEE SERVICE LIST

Proof of Service - ELECTRONIC of ORDER RE-ASSIGNING CASE TO JUDGE FOR ALL PURPOSES served on SEE SER

Stipulation & Order Type: CONSOLIDATING RELATED COMPLEX CASESSigned by: JUDGE FINEMANDate Signed:

Case Management Order NOTICE OF COMPLEX STATUS CONFERENCE AND CASE MANAGEMENT ORDER NO. 1 ISSUED BY

Affidavit of Mailing 1. STIPULATION AND ORDER CONSOLIDATING RELATED COMPLEX CASES2. NOTICE OF COMPL

Notice of Entry of Order

Notice of Entry of Order

Proof of Service - ELECTRONIC of

Amended Order RE STATUS CONFERENCE signed by Judge Fineman on 11/12/19.

Affidavit of Mailing AMENDED ORDER RE STATUS CONFERENCE

Application to Appear as Counsel Pro Hac Vice OF JEFFREY P. CAMPISI TO APPEAR FOR PLAINTIFF BEECHAM

Declaration in Support OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC VICE FOR PL

Proposed Order Received GRANTING OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PRO HAC V

Proof of Service - ELECTRONIC of NOTICE OF APPLICATION OF JEFFREY P. CAMPISI TO APPEAR AS COUNSEL PR

Order Denying RE: TO PRO HAC VICE

Notice OF APPEARANCE OF ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ETC...

Proof of Service - ELECTRONIC of NOTICE OF APPEARANCE OF ROBERT PLASCHKE, ETC... served on SEE SERVI

Notice of Entry of Order Notice of Entry of 11/12/19 Amended Order re Status Conference

Proof of Service - ELECTRONIC of Notice of Entry of 11/12/19 Amended Order re Status Conference serv

Application to Appear as Counsel Pro Hac Vice (RENEWAL) Notice of Application of Jeffrey P. Campisi

Declaration in Support Declaration of Laurence D. King in Support of the Pro Hac Vice Application of

Proposed Order Received Proposed Order Granting Jeffrey P. Campisi Pro Hac Vice Admission

Proof of Service by MAIL of NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VI

Proof of Service by MAIL of NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO HAC VI

Proof of Service - ELECTRONIC of NOTICE OF APPLICATION OF JEFFREY CAMPISI TO APPEAR AS COUNSEL PRO H

Case Management Statement CMC 12/6/19

Proof of Service - ELECTRONIC of JOINT CASE MANAGEMENT STATEMENT served on SEE SERVICE LIST

Notice of Motion and Motion for Stay MOTION TO STAY

Declaration in Support OF MATTHEW W CLOSE IN SUPPORT OF SONIM DEFENDANTS' MOTION TO STAY

Proposed Order Received RE: SONIM DEFENDANTS' MOTION TO STAY

Proof of Service - ELECTRONIC of SONIM DEFENDANTS' MOTION TO STAY AND MEMORANDUM OF POINTS AND AUTHO

Joinder UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION TO STAY

Proof of Service - ELECTRONIC of UNDERWRITER DEFENDANTS' JOINDER IN SONIM TECHNOLOGIES INC'S MOTION

Notice of Hearing re Notice of Hearing for PHV Application of Jeffrey P. Campisi

Proof of Service - ELECTRONIC of Notice of Hearing for PHV Application of Jeffrey P. Campisi served

Proof of Service by MAIL of Notice of Hearing for PHV Application of Jeffrey P. Campisi served on SE

Proposed Order Received CASE MANAGEMENT ORDER 2; FWD TO DEPT 4

Proof of Service - ELECTRONIC of CASE MANAGEMENT ORDER 2 served on SEE SERVICE LIST

~CIV Minute Order - Case Management Conference 12/06/2019

Case Management Order NO. 2

Consolidated Complaint CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES ACT OF 1

Proof of Service - ELECTRONIC of CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIE

Proof of Service - ELECTRONIC of OPPOSITION TO DEFENDANTS' MOTION TO STAY;ETC served on SEE SERVICE

Declaration in Opposition OF JOHN T JASNOCH IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY

Memorandum of Points and Authorities in Opposition TO DEFENDANTS' MOTION TO STAY

Memorandum of Points and Authorities in Reply REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER

Declaration in Support DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF MOTION TO STAY REPLY

Proof of Service - ELECTRONIC of DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF MOTION TO STAY REPLY;

Notice of Change of Address of Attorney

Notice of Change of Address of Attorney

Proof of Service - ELECTRONIC of NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION [FOR ATTOR

Notice OF FEDERAL COURT ORDER GRANTING DAVID STERRETT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND

Application to Appear as Counsel Pro Hac Vice FOR ROBIN E. WECHKIN

Notice NOTICE OF SCHEDULING STIPULATION IN FEDERAL COURT ACTION

Case Management Statement JOINT CASE MANAGEMENT CONFERENCE STATEMENT

~CIV Minute Order - Application to Appear as Counsel Pro Hac Vice 01/31/2020

~CIV Minute Order - Complex Case Status Conference 01/31/2020

~CIV Minute Order - Joinder 01/31/2020

~CIV Minute Order - Motion to Stay 01/31/2020

Order Type: GRANTING APPLICATION FOR ADMISSION OF JEFFREY CAMPISI PRO HAC VICESigned by: JUDGE FINE

Proposed Order Received CASE MANAGEMENT ORDER #3; SENT TO DEPT 4

Proof of Service - ELECTRONIC of CMO #3 served on SEE SERVICE LIST

Case Management Order NO.3 SIGNED BY JUDGE FINEMAN 2/11/20

~CIV Minute Order - Application to Appear as Counsel Pro Hac Vice 02/14/2020

Order SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS BASED ON FORUM NON CONVENIENSType

Stipulation JOINT & ORDER REGARDING THE CONTENTS OF BRIEFING ON DEFENDANTS' MOTION TO DISMISS BASED

Motion to Dismiss MOTION TO DISMISS BASED ON FORUM NON CONVIENENS

Declaration in Support OF MATTHEW CLOSE IN SUPPORT OF MOTION TO DISMISS

Proposed Order Received GRANTING MOTION TO DISMISS

Proof of Service by MAIL of MOTION TO DISMISS;ETC served on SEE SERVICE LIST

Notice of Motion and Motion for Joinder UNDERWRITER DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN SON

Memorandum of Points and Authorities in Opposition MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO

Proof of Service - ELECTRONIC of MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON

EXHIBIT 1.pdf

2020-06-10 Sonim JTJ Decl ISO Opp to MTD.pdf

Stipulation & Order Type: REGARDING THE CONTENTS OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO

Memorandum of Points and Authorities in Reply REPLY IN SUPPORT OF SONIM DEFENDANTS' MOTION TO DISMIS

Declaration in Reply DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF SONIM DEFENDANTS' REPLY MOTION TO

Proof of Service - ELECTRONIC of REPLY IN SUPPORT OF SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FO

Order Type: CONTINUING SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENSSigned by:

Notice NOTICE OF HEARING FOR SONIM DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS

Opposition TO PLAINTIFFS' UNTIMELY MOTION TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO D

Declaration in Support OF MATTHEW W. CLOSE OF SONIM DEFENDANTS' OPPOSITION TO PLAINTIFFS' UNTIMELY M

Proof of Service - ELECTRONIC of SONIM DEFENDANTS' OPPOSITION TO PLAINTIFFS' UNTIMELY MOTION TO FILE

Notice (NO HEARING SCHEDULED PER DEPT.4)-NO FEE CHARGED OF JOINDER AND JOINDER IN SONIM DEFENDANTS O

Proof of Service - ELECTRONIC of UNDERWRITER DEFENDANTS'NOTICE OF JOINDER AND JOINDER IN SONIM DEFEN