MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants Sonim Technologies, Inc., Robert Plaschke, James Walker, Maurice Hochschild, Alan Howe, Kenny Young, Susan G. Swenson, John Kneuer, and Jeffrey D. Johnson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY MALHOTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | Case No. 3:19-cv-06416-MMC<br><br>**SONIM DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN LEAD PLAINTIFF'S OPPOSITION TO MOTION TO INTERVENE**<br><br>Date: November 13, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7, 19th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Sonim Technologies, Inc., ("Sonim") Robert Plaschke, James Walker, Maurice Hochschild, Alan Howe, Kenny Young, Susan G. Swenson, John Kneuer, and Jeffrey D. Johnson (the "Individual Defendants," and collectively with Sonim, the "Sonim Defendants") will, and hereby do join in Lead Plaintiff's Opposition to the California Plaintiffs' Motion to Intervene. The Sonim Defendants join Lead Plaintiff in arguing that the Court should deny the California Plaintiffs' Motion to Intervene. As putative class members, the California Plaintiffs and all other members of the proposed settlement will have the opportunity to voice any concerns about the proposed settlement prior to final settlement approval or opt out of the settlement as provided in the procedures to be set by the Court.

This Joinder is based on this Notice of Joinder and Joinder, Lead Plaintiff's Opposition to the California Plaintiffs' Motion to Intervene, including the supporting Memorandum of Points and Authorities, the Declaration of Richard W. Gonnello and exhibits attached thereto, the records and files in this action, and on such other matters and argument as may come before the Court.

Dated: October 21, 2020

O'MELVENY & MYERS LLP
MATTHEW W. CLOSE

By: */s/ Matthew W. Close*
   Matthew W. Close

*Counsel for Defendants Sonim Technologies, Inc., Robert Plaschke, James Walker, Maurice Hochschild, Alan Howe, Kenny Young, Susan G. Swenson, John Kneuer, and Jeffrey D. Johnson*