**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV (*pro hac vice*)
Jonathan M. Zimmerman (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone: 212/223-6444
212/223-6334 (fax)
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com

– and –

John T. Jasnoch (281605)
Hal Cunningham (243048)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: 619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com
hcunningham@scott-scott.com

*Co-Lead Counsel for Intervenors Beecham*
*Pearson, Stephen Ly, and Michael Hostak*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION, <br><br> Defendants. | Case No. 3:19-cv-06416-MMC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO INTERVENE AND OBJECT** <br><br> Date: November 13, 2020 <br> Time: 9:00 a.m. <br> Courtroom: 7 – 19th Floor <br> Judge: Hon. Maxine M. Chesney |

Pursuant to 28 U.S.C. §1746, I, Thomas L. Laughlin, IV, hereby declare as follows:

1. I am a Partner at the law firm of Scott+Scott Attorneys at Law LLP, Co-Lead Counsel in the related California Action and counsel for Intervenors Beecham Pearson, Steven Ly, and Michael Hostak, the California Plaintiffs. I was admitted *pro hac vice* on October 9, 2020 and make this Declaration in support of the California Plaintiffs' Motion to Intervene and Object (the "Motion") and in response to Lead Plaintiff David Sterrett's opposition to the Motion.

2. Attached as Exhibit A is a true and correct copy of excerpts from Sonim Technologies Inc.'s Registration Statement, filed on Form S-1 with the U.S. Securities and Exchange Commission, on April 15, 2019.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2020, at New York, New York.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/223-6444
212/223-6334
tlaughlin@scott-scott.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on October 28, 2020, in New York, New York.

*/s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV

T. LAUGHLIN DECL. IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO INTERVENE AND OBJECT
CASE NO. 3:19-CV-06416-MMC