# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-1
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Sonim Technologies, Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **3661** | **94-3336783** |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**1875 South Grant Street**
**Suite 750**
**San Mateo, CA 94402**
**(650) 378-8100**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Robert Plaschke**
**Chief Executive Officer**
**Sonim Technologies, Inc.**
**1875 South Grant Street**
**Suite 750**
**San Mateo, CA 94402**
**(650) 378-8100**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | | |
|---|---|---|
| **Jon Gavenman** | **James Walker** | **Richard A. Kline** |
| **Michael Tenta** | **Chief Financial Officer** | **Heidi E. Mayon** |
| **Cooley LLP** | **Sonim Technologies, Inc.** | **Goodwin Procter LLP** |
| **3175 Hanover Street** | **1875 South Grant Street** | **601 Marshall Street** |
| **Palo Alto, CA 94304** | **Suite 750** | **Redwood City, CA 94063** |
| **(650) 843-5000** | **San Mateo, CA 94402** | **(650) 752-3100** |
| | **(650) 378-8100** | |

**Approximate date of commencement of proposed sale to the public:**
As soon as practicable after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ?

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ?

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ?

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration number of the earlier effective registration statement for the same offering. ?

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ? | Accelerated filer | ? |
| Non-accelerated filer | ? | Smaller reporting company | ? |
| | | Emerging growth company | ? |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ?

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities Being Registered | Proposed maximum aggregate offering price (1)(2) | Amount of registration fee |
|---|---|---|
| Common Stock, $0.001 par value per share | $57,500,000 | $6,969 |

(1) Includes the aggregate offering price of additional shares of common stock that the underwriters have the option to purchase.

(2) Estimated solely for purposes of computing the amount of the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment that specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

## PART II

## INFORMATION NOT REQUIRED IN PROSPECTUS

**ITEM 13.    OTHER EXPENSES OF ISSUANCE AND DISTRIBUTION.**

The following table sets forth all costs and expenses, other than underwriting discounts and commissions, payable by us in connection with the sale of the common stock being registered. All amounts shown are estimates except for the SEC registration fee, the Financial Industry Regulatory Authority, or FINRA, filing fee and the Nasdaq initial listing fee.

|  | Amount |
|---|---|
| SEC registration fee . | $ 6,969 |
| FINRA filing fee | 9,125 |
| Nasdaq listing fee | 25,000 |
| Legal fees and expenses | * |
| Accounting fees and expenses | * |
| Printing and engraving expenses | * |
| Transfer agent and registrar fees and expenses | * |
| Miscellaneous expenses | * |
| Total | $      * |

\*      To be filed by amendment.

**ITEM 14.    INDEMNIFICATION OF DIRECTORS AND OFFICERS.**

Section 145 of the Delaware General Corporation Law authorizes a court to award, or a corporation's board of directors to grant, indemnity to directors and officers in terms sufficiently broad to permit such indemnification under certain circumstances for liabilities, including reimbursement for expenses incurred, arising under the Securities Act of 1933, as amended, or the Securities Act. Our amended and restated certificate of incorporation to be in effect upon the closing of this offering allows for our indemnification of our directors, officers, employees and other agents to the maximum extent permitted by the Delaware General Corporation Law, and our amended and restated bylaws to be in effect upon the closing of this offering provide for indemnification of our directors and executive officers to the maximum extent permitted by the Delaware General Corporation Law.

We have entered into indemnification agreements with our directors and officers, whereby we have agreed to indemnify our directors and officers to the fullest extent permitted by law, including indemnification against expenses and liabilities incurred in legal proceedings to which the director or officer was, or is threatened to be made, a party by reason of the fact that such director or officer is or was a director, officer, employee, or agent of Sonim Technologies, Inc., provided that such director or officer acted in good faith and in a manner that the director or officer reasonably believed to be in, or not opposed to, the best interest of Sonim Technologies, Inc.

At present, there is no pending litigation or proceeding involving one of our directors or officers regarding which indemnification is sought, nor is the registrant aware of any threatened litigation that may result in claims for indemnification.

We maintain insurance policies that indemnify our directors and officers against various liabilities arising under the Securities Act and the Securities Exchange Act of 1934, as amended, that might be incurred by any director or officer in his or her capacity as such.

II-1

**SIGNATURES**

Pursuant to the requirements of the Securities Act, the Registrant has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in San Mateo, California, on the 15th day of April, 2019.

**SONIM TECHNOLOGIES, INC.**

By:  /s/ Robert Plaschke
　　　Robert Plaschke
　　　Chief Executive Officer

KNOW ALL BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Robert Plaschke and James Walker, and each of them, his true and lawful agent, proxy and attorney-in-fact, with full power of substitution and resubstitution, for him and in his name, place and stead, in any and all capacities, to (i) act on, sign and file with the Securities and Exchange Commission any and all amendments (including post-effective amendments) to this registration statement together with all schedules and exhibits thereto and any subsequent registration statement filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended, together with all schedules and exhibits thereto, (ii) act on, sign and file such certificates, instruments, agreements and other documents as may be necessary or appropriate in connection therewith, (iii) act on and file any supplement to any prospectus included in this registration statement or any such amendment or any subsequent registration statement filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended, and (iv) take any and all actions which may be necessary or appropriate to be done, as fully for all intents and purposes as he might or could do in person, hereby approving, ratifying and confirming all that such agent, proxy and attorney-in-fact or any of his substitutes may lawfully do or cause to be done by virtue thereof.

II-5

Pursuant to the requirements of the Securities Act, this Registration Statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Robert Plaschke<br>Robert Plaschke | Chief Executive Officer and Director<br>(*Principal Executive Officer*) | April 15, 2019 |
| /s/ James Walker<br>James Walker | Chief Financial Officer<br>(*Principal Financial and Accounting Officer*) | April 15, 2019 |
| /s/ Maurice Hochschild<br>Maurice Hochschild | Director and Chairman of the Board of Directors | April 15, 2019 |
| /s/ Alan Howe<br>Alan Howe | Director | April 15, 2019 |
| /s/ Kenny Young<br>Kenny Young | Director | April 15, 2019 |
| /s/ Susan G. Swenson<br>Susan G. Swenson | Director | April 15, 2019 |
| /s/ John Kneuer<br>John Kneuer | Director | April 15, 2019 |
| /s/ Jeffrey D. Johnson<br>Jeffrey D. Johnson | Director | April 15, 2019 |

II-6