# EXHIBIT B

SONIM
FARUQI & FARUQI, LLP
TIME REPORT

| PROFESSIONAL* | HOURS | RATE | LODESTAR | Categories** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 |
| NADEEM FARUQI (P) | 5.75 | $1,050 | $6,037.50 | | | | 5.75 | |
| RICHARD GONNELLO (P) | 278.75 | $875 | $243,906.25 | 49.5 | 47.5 | 37.75 | 107 | 37 |
| KATHERINE LENAHAN (P) | 431.25 | $595 | $256,593.75 | 43.25 | | 91.75 | 263.75 | 32.5 |
| SHERIEF MORSY (A) | 297.75 | $475 | $141,431.25 | 28 | 84.75 | 138.5 | 13 | 33.5 |
| DILLON HAGIUS (A) | 68.25 | $475 | $32,418.75 | 17.5 | | | 2 | 48.75 |
| DEREK BEHNKE (PL) | 45.00 | $400 | $18,000.00 | 11.5 | 5 | 6.5 | 12.75 | 9.25 |
| ANTHONY MACCHIARULO (A) | 28.75 | $375 | $10,781.25 | 15 | 4 | | 9.75 | |
| WILLIAM CROSS (PL) | 42.50 | $275 | $11,687.50 | 8.5 | 1 | | 33 | |
| DANIEL HEY (PL) | 40.50 | $250 | $10,125.00 | 12.5 | 24.5 | 2 | 0.5 | 1 |
| **TOTALS** | 1238.50 | | $730,981.25 | 185.75 | 166.75 | 276.5 | 447.5 | 162 |

*(P) - Partner; (SC) - Senior Counsel
(OC) - Of Counsel; (A) - Associate
(PL) - Paralegal

**\*\*Categories:**

**(1) Lead Plaintiff Appointment:** Time spent attending to matters related to the lead plaintiff appointment process, including client communications, factual and legal research, and drafting and editing the lead plaintiff briefing

**(2) Amended Complaint:** Time spent working on the amended complaint (ECF No. 55), including factual investigation; legal research; drafting; and communicating with the client

**(3) Motion To Dismiss:** Time spent responding to the Motion To Dismiss and Request for Judicial Notice, including conducting factual and legal research; drafting the responsive briefing; and communicating with the client

**(4) Mediation & Settlement:** Time spent on mediation and settlement-related matters, including reviewing documents produced by Defendants; preparing for and having a call with Sonim's CFO; conferring with a damages consultant; conducting research for and drafting the mediation statement; preparing for and attending the mediation; contacting potential claims administrators and reviewing their bids; reviewing and editing the settlement stipulation and related documents; drafting the preliminary approval motion and related papers (excluding time spent on fee papers); preparing for and attending the preliminary approval motion hearing; and communicating with the client, defense counsel, and the mediator about these matters

**(5) Joinder & Intervention Motions:** Time spent on the motion to join Defendants' motion to stay the State Court Action in favor of this Federal Action, including conducting research for and drafting the motion and related papers; time spent responding to the State Court Plaintiff's Motion To Intervene and Object (ECF No. 91), including conducting research for and drafting the briefing, and communicating with the client about these matters