# EXHIBIT C

| SONIM TECHNOLOGIES | |
| :--- | ---: |
| FARUQI & FARUQI, LLP | |
| EXPENSE REPORT | |
| | |
| **CATEGORY** | **AMOUNT** |
| | |
| Computer & Other Research (Lexis/Westlaw/Bloomberg) | $2,978.34 |
| Court Filing/Service | $1,627.15 |
| Court Reporting Services | $63.00 |
| Damages Consultant | $16,271.00 |
| Mediation | $4,851.55 |
| Postage/Fedex | $171.22 |
| Telephone/Fax | $205.00 |
| Catering/Meals/Travel (including meals & transportation) | $1,319.50 |
| | |
| | |
| **TOTAL:** | **$27,486.76** |