# EXHIBIT D

Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
       klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for [Proposed] Class Representative David Sterrett
and [Proposed] Class Counsel for the [Proposed] Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **DECLARATION OF DAVID K. STERRETT IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND AN AWARD TO LEAD PLAINTIFF UNDER 15 U.S.C. §77z-1(a)(4)**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**CLASS ACTION** |

DECL. OF DAVID K. STERRETT IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND AN AWARD TO LEAD PLAINTIFF Case No. 3:19-cv-06416-MMC

I, David K. Sterrett, declare as follows:

1.      I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action"). I have personal knowledge of the statements herein, and, if called as a witness, could and would competently testify thereto.

2.      I respectfully submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and expenses, and my request for an award of $871 for my reasonable costs and expenses directly related to the representation of the Class in this Action.

3.      On January 22, 2020, this Court appointed me to serve as Lead Plaintiff in this Action. I have taken my role as Lead Plaintiff seriously and have dedicated my personal time and energy to overseeing the Action.

4.      In fulfillment of my responsibility to all members of the proposed Class, I performed various duties in furtherance of the litigation of this Action, including:

a)      Engaging in telephone and email communications with Lead Counsel about the Action through all stages of the litigation;

b)      Collecting information concerning my transactions in Sonim Technologies, Inc. ("Sonim") and providing them to Lead Counsel;

c)      Submitting a sworn certification and a sworn declaration as part of the Lead Plaintiff appointment process to provide information about my Sonim transactions, my biography, and my understanding of the Lead Plaintiff's duties, among other things;

d)      Reviewing documents filed in the Action, including the amended class action complaint, motion to dismiss briefing, and settlement briefing; and

e)      Providing input on the mediation and settlement negotiations.

5.      Additionally, I authorized Lead Counsel to enter into the settlement of this Action for $2,000,000. Prior to providing that authorization, I learned about the risks and uncertainties posed by further litigation with guidance from Lead Counsel. I then weighed these considerations against the benefits provided by the settlement, along with advice from my

1

attorneys, and determined that the settlement is a fair, reasonable, and adequate result for the Settlement Class under these circumstances.

6.      I understand that in cases such as this, the Court may award a reasonable sum for the time a class representative has devoted to representing the Settlement Class.  I am currently employed as an Electromagnetic Compatibility ("EMC") Engineer at Bose Corporation.  Based on my professional experience, qualifications, and the value of my time based on my current compensation, I respectfully submit that the time I spent on this case should be valued at not less than $67 per hour.  Accordingly, I respectfully seek $871 based on my conservative estimate that I have devoted at least 13 hours to monitoring and participating in this Action as described above.  This is time that I otherwise would have devoted to my personal life or other endeavors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of December 2020.

David K. Sterrett

2