IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STERRETT,

          Plaintiff,

    v.

SONIM TECHNOLOGIES, INC., et al.,

          Defendants.

Case No. 19-cv-06416-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES**

On February 17, 2021, plaintiff David Sterrett electronically filed his "Motion for Final Approval of the Class Action Settlement," and two declarations in support thereof.

Given the large number of pages comprising said filings, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents. See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: February 23, 2021

MAXINE M. CHESNEY
United States District Judge