Richard W. Gonnello (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
　　　klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff David Sterrett*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION, <br><br> Defendants. | Case No. 3:19-cv-06416-MMC <br><br> <u>**CLASS ACTION**</u> <br><br> **SUPPLEMENTAL DECLARATION OF TINA CHIANGO** |

**I, TINA CHIANGO, HEREBY DECLARE AND STATE AS FOLLOWS:**

1.      I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103.  I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.      On February 16, 2021, I submitted the Declaration of Tina Chiango Regarding: (A) Dissemination of Notice to the Class; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections.  This supplemental declaration is to give the Court an update on the initial status of the Claims filed to date.

3.      As of March 3, 2021, RG/2 has received 769 Claim Forms.

4.      An initial determination has been made on claims based on the face of the claim and documents received with the claim, however, the information could change once RG/2 performs additional review of claims and quality control procedures.  Deficiency and rejection letters will also need to be sent to class members, which may also change the initial determination and calculation of the claims.

5.      Of the 769 claims filed, RG/2 has made initial determinations, subject to additional review and quality control procedures, as follows:

a)      136 have been initially approved with Recognized Losses totaling $5,644,813.88.  The largest Recognized Loss is approximately $1.8 million.

b)      44 have been flagged as deficient with Recognized Losses totaling $1,539,815.36.

c)      589 have been initially rejected for not having incurred a Recognized Loss.

6.      Once all claims have been fully processed and finalized, RG/2 will submit a final report to the Court detailing the claims process and advising the court of the final determination of each claim.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT TO THE BEST OF MY KNOWLEDGE THE FOREGOING IS TRUE AND CORRECT.**

1

Executed on March 4, 2021 at Philadelphia, Pennsylvania.

Tina Chiango