# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 5, 2021     **Time:** 9:00 - 9:25     **Judge:** MAXINE M. CHESNEY
= 25 minutes

**Case No.:** 19-cv-06416-MMC     **Case Name:** Ajay Malhotra v. Sonim Technologies, Inc., et al

**Attorney for Plaintiff:** Katherine Lenahan
**Attorney for Defendant (Sonim):** Matthew Close
**Attorney for Defendant (Oppenheimer et al):** Matthew Dolan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Debra Pas

## PROCEEDINGS

Plaintiff's Motion for Final Approval of Class Action Settlement

Plaintiff's Motion for Attorneys' Fees, Expenses, and Award to Lead Plaintiff

Hearing held – Zoom Webinar.

The Court granted plaintiff's motions for the reasons stated on the record.