# EXHIBIT A

**Sonim Technologies, Inc Securities Litigation**

**Timely Authorized Claims**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| SON000001002 | $ 1,398.54 |
| SON000001003 | $ 945.40 |
| SON000001007 | $ 18,040.84 |
| SON000001009 | $ 3,260.00 |
| SON000001010 | $ 978.00 |
| SON000001012 | $ 978.00 |
| SON000001013 | $ 1,988.60 |
| SON000001014 | $ 29.34 |
| SON000001015 | $ 189.08 |
| SON000001016 | $ 652.00 |
| SON000001017 | $ 3,260.00 |
| SON000001018 | $ 381.42 |
| SON000001019 | $ 277.10 |
| SON000001021 | $ 3,260.00 |
| SON000001022 | $ 978.00 |
| SON000001023 | $ 326.00 |
| SON000001024 | $ 326.00 |
| SON000001026 | $ 114.10 |
| SON000001033 | $ 267.32 |
| SON000001034 | $ 1,923.40 |
| SON000001035 | $ 6,520.00 |
| SON000001036 | $ 3,162.20 |
| SON000001037 | $ 1,369.20 |
| SON000001038 | $ 2,771.00 |
| SON000001039 | $ 16.30 |
| SON000001045 | $ 3,260.00 |
| SON000001046 | $ 652.00 |
| SON000001049 | $ 40,107.78 |
| SON000010001 | $ 25,672.50 |
| SON000010027 | $ 9.78 |

**Sonim Technologies, Inc Securities Litigation**

**Timely Authorized Claims**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| SON000010030 | $ 295,662.44 |
| SON000010031 | $ 30,337.56 |
| SON000010063 | $ 16,626.00 |
| SON000010064 | $ 31,977.34 |
| SON000010065 | $ 3,586.00 |
| SON000010068 | $ 164,183.38 |
| SON000010070 | $ 36,420.72 |
| SON000010075 | $ 335.78 |
| SON000010078 | $ 237.98 |
| SON000010085 | $ 326.00 |
| SON000010093 | $ 163.00 |
| SON000010099 | $ 36,785.84 |
| SON000010100 | $ 749.80 |
| SON000010101 | $ 857.38 |
| SON000010102 | $ 5,202.96 |
| SON000010103 | $ 6,917.72 |
| SON000010105 | $ 1,926.66 |
| SON000010108 | $ 365.12 |
| SON000010111 | $ 1,548.50 |
| SON000010112 | $ 1,467.00 |
| SON000010113 | $ 50,530.00 |
| SON000010114 | $ 10,396.14 |
| SON000010115 | $ 2,030.98 |
| SON000010116 | $ 16,244.58 |
| SON000010127 | $ 22,177.78 |
| SON000010130 | $ 24,580.40 |
| SON000010139 | $ 1,864.72 |
| SON000010141 | $ 658.52 |
| SON000010142 | $ 3,837.02 |
| SON000010143 | $ 260.80 |

**Sonim Technologies, Inc Securities Litigation**

**Timely Authorized Claims**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| SON000010144 | $ 1,385.50 |
| SON000010145 | $ 1,926.66 |
| SON000010146 | $ 518.34 |
| SON000010147 | $ 6,119.02 |
| SON000010149 | $ 123.88 |
| SON000010150 | $ 1,225.76 |
| SON000010154 | $ 2,158.12 |
| SON000010159 | $ 2,027.72 |
| SON000010160 | $ 2,027.72 |
| SON000010162 | $ 358.60 |
| SON000010163 | $ 1,793.00 |
| SON000010165 | $ 240,900.96 |
| SON000010166 | $ 17,460.56 |
| SON000010175 | $ 2,337.42 |
| SON000010176 | $ 329.26 |
| SON000010183 | $ 1,193.16 |
| SON000010184 | $ 107.58 |
| SON000010186 | $ 1,033.42 |
| SON000010187 | $ 13.04 |
| SON000010198 | $ 2,207.02 |
| SON000010199 | $ 72,466.54 |
| SON000010273 | $ 97,001.30 |
| SON000010274 | $ 122,373.88 |
| SON000010278 | $ 13,274.72 |
| SON000010297 | $ 176.04 |
| SON000010298 | $ 469.44 |
| SON000010308 | $ 143.44 |
| SON000010330 | $ 27,348.14 |
| SON000010331 | $ 105,871.76 |
| SON000010332 | $ 253,631.26 |

**Sonim Technologies, Inc Securities Litigation**

**Timely Authorized Claims**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| SON000010334 | $ 97.80 |
| SON000010335 | $ 4,890.00 |
| SON000010336 | $ 70,090.00 |
| SON000010337 | $ 5,216.00 |
| SON000010338 | $ 1,630.00 |
| SON000010339 | $ 1,235.54 |
| SON000010340 | $ 3,393.66 |
| SON000010341 | $ 221.68 |
| SON000010342 | $ 1,796.26 |
| SON000010343 | $ 1,956.00 |
| SON000010344 | $ 2,839.46 |
| SON000010345 | $ 3,191.54 |
| SON000010346 | $ 3,670.76 |
| SON000010349 | $ 1,799,611.28 |
| SON000010350 | $ 961,700.00 |
| SON000010351 | $ 1,036.68 |
| SON000010352 | $ 2,017.94 |
| SON000010353 | $ 3,732.70 |
| SON000010354 | $ 6,520.00 |
| SON000010355 | $ 15,648.00 |
| SON000010361 | $ 2,073.36 |
| SON000010362 | $ 311,052.90 |
| SON000010363 | $ 20,127.24 |
| SON000010364 | $ 153.22 |
| SON000010367 | $ 4,414.04 |
| SON000010369 | $ 8,472.74 |
| SON000010377 | $ 1,825.60 |
| SON000010383 | $ 91.28 |
| SON000010385 | $ 72,939.24 |
| SON000010388 | $ 2,282.00 |

**Sonim Technologies, Inc Securities Litigation**

**Timely Authorized Claims**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| SON000010389 | $ 6,520.00 |
| SON000010390 | $ 606.36 |
| SON000010391 | $ 2,461.30 |
| SON000010392 | $ 1,861.46 |
| SON000010393 | $ 10,758.00 |
| SON000010394 | $ 674.82 |
| SON000010395 | $ 18,686.32 |
| SON000010396 | $ 4,088.04 |
| SON000010397 | $ 8,802.00 |
| SON000010398 | $ 26.08 |
| SON000010399 | $ 590.06 |
| SON000010401 | $ 612.88 |
| SON000010402 | $ 229,451.84 |
| SON000010403 | $ 182,488.28 |
| SON000010422 | $ 6.52 |
| SON000010444 | $ 24,423.92 |
| SON000010446 | $ 326.00 |
| SON000010449 | $ 18,083.22 |
| SON000010456 | $ 17,590.96 |
| SON000010457 | $ 49,493.32 |
| SON000010461 | $ 374.90 |
| SON000010462 | $ 9,023.68 |
| SON000010464 | $ 17,535.54 |
| SON000010465 | $ 7,615.36 |
| SON000010466 | $ 3,889.18 |
| SON000010467 | $ 43,817.66 |
| SON000010468 | $ 23,899.06 |
| SON000010469 | $ 961.70 |
| SON000010477 | $ 308,497.06 |
| SON000010481 | $ 1,571.32 |

**Sonim Technologies, Inc Securities Litigation**

**Timely Authorized Claims**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| SON000010496 | $ 6,109.24 |
| SON000010497 | $ 6,392.86 |
| SON000010498 | $ 9,352.94 |
| SON000010500 | $ 1,724.54 |
| SON000010512 | $ 4,299.94 |
| SON000010515 | $ 1,998.38 |
| SON000010516 | $ 1,147.52 |
| SON000010519 | $ 3,706.62 |
| SON000010522 | $ 7,824.00 |
| SON000010523 | $ 244.50 |
| SON000010535 | $ 1,630.00 |
| SON000010537 | $ 29.34 |
| SON000010590 | $ 994,456.48 |
| SON000010592 | $ 1,121.44 |
| SON000010655 | $ 10,259.22 |
| SON000010712 | $ 1,848.42 |
| SON000010713 | $ 3,729.44 |
| SON000010714 | $ 423.80 |
| SON000010715 | $ 906.28 |
| SON000010716 | $ 13,157.36 |
| SON000010717 | $ 5,056.26 |
| SON000010718 | $ 1,434.40 |
| **172** | **$ 7,254,892.02** |