# EXHIBIT B

**Sonim Technologies, Inc Securities Litigation**

**Late But Otherwise Authorized Claimants**

**Exhibit B**

| Claim Number | Recognized Loss |
|---|---|
| SON000001030 | $ 8,146.74 |
| SON000001041 | $ 3,260.00 |
| SON000001043 | $ 8.80 |
| SON000001044 | $ 815.00 |
| SON000001048 | $ 192.34 |
| SON000010721 | $ 2,777.52 |
| SON000010725 | $ 43,045.04 |
| SON000010732 | $ 78,254.75 |
| SON000010733 | $ 77,043.58 |
| SON000010735 | $ 104.32 |
| SON000010777 | $ 16.30 |
| SON000010782 | $ 208.64 |
| SON000010796 | $ 290.14 |
| SON000010799 | $ 117.36 |
| SON000010834 | $ 374,851.10 |
| SON000010835 | $ 161,161.36 |
| SON000010836 | $ 608,472.48 |
| SON000010837 | $ 765,862.02 |
| SON000010839 | $ 961.42 |
| SON000010895 | $ 13.04 |
| SON000010903 | $ 873.36 |
| SON000010909 | $ 505.30 |
| SON000010910 | $ 563.98 |
| SON000010915 | $ 505.30 |
| **24** | **$ 2,128,049.89** |