# EXHIBIT C

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000001001 | Did Not Incur a Recognized Loss |
| SON000001004 | Did Not Incur a Recognized Loss |
| SON000001005 | Did Not Incur a Recognized Loss |
| SON000001006 | Did Not Incur a Recognized Loss |
| SON000001008 | Did Not Incur a Recognized Loss |
| SON000001011 | Did Not Incur a Recognized Loss |
| SON000001020 | Did Not Incur a Recognized Loss |
| SON000001025 | Did Not Incur a Recognized Loss |
| SON000001027 | Did Not Incur a Recognized Loss |
| SON000001028 | Did Not Incur a Recognized Loss |
| SON000001029 | Did Not Incur a Recognized Loss |
| SON000001031 | Did Not Incur a Recognized Loss |
| SON000001032 | Did Not Incur a Recognized Loss |
| SON000001040 | Did Not Incur a Recognized Loss |
| SON000001050 | Did Not Incur a Recognized Loss |
| SON000010002 | Did Not Incur a Recognized Loss |
| SON000010003 | Did Not Incur a Recognized Loss |
| SON000010004 | Did Not Incur a Recognized Loss |
| SON000010005 | Did Not Incur a Recognized Loss |
| SON000010006 | Did Not Incur a Recognized Loss |
| SON000010007 | Did Not Incur a Recognized Loss |
| SON000010008 | Did Not Incur a Recognized Loss |
| SON000010009 | Did Not Incur a Recognized Loss |
| SON000010010 | Did Not Incur a Recognized Loss |
| SON000010011 | Did Not Incur a Recognized Loss |
| SON000010012 | Did Not Incur a Recognized Loss |
| SON000010013 | Did Not Incur a Recognized Loss |
| SON000010014 | Did Not Incur a Recognized Loss |
| SON000010015 | Did Not Incur a Recognized Loss |
| SON000010016 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010017 | Did Not Incur a Recognized Loss |
| SON000010018 | Did Not Incur a Recognized Loss |
| SON000010019 | Did Not Incur a Recognized Loss |
| SON000010020 | Did Not Incur a Recognized Loss |
| SON000010021 | Did Not Incur a Recognized Loss |
| SON000010022 | Did Not Incur a Recognized Loss |
| SON000010023 | Did Not Incur a Recognized Loss |
| SON000010024 | Did Not Incur a Recognized Loss |
| SON000010025 | Did Not Incur a Recognized Loss |
| SON000010026 | Did Not Incur a Recognized Loss |
| SON000010028 | Did Not Incur a Recognized Loss |
| SON000010029 | Did Not Incur a Recognized Loss |
| SON000010032 | Did Not Incur a Recognized Loss |
| SON000010033 | Did Not Incur a Recognized Loss |
| SON000010034 | Did Not Incur a Recognized Loss |
| SON000010035 | Did Not Incur a Recognized Loss |
| SON000010036 | Did Not Incur a Recognized Loss |
| SON000010037 | Did Not Incur a Recognized Loss |
| SON000010038 | Did Not Incur a Recognized Loss |
| SON000010039 | Did Not Incur a Recognized Loss |
| SON000010040 | Did Not Incur a Recognized Loss |
| SON000010041 | Did Not Incur a Recognized Loss |
| SON000010042 | Did Not Incur a Recognized Loss |
| SON000010043 | Did Not Incur a Recognized Loss |
| SON000010044 | Did Not Incur a Recognized Loss |
| SON000010045 | Did Not Incur a Recognized Loss |
| SON000010046 | Did Not Incur a Recognized Loss |
| SON000010047 | Did Not Incur a Recognized Loss |
| SON000010048 | Did Not Incur a Recognized Loss |
| SON000010049 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010050 | Did Not Incur a Recognized Loss |
| SON000010051 | Did Not Incur a Recognized Loss |
| SON000010052 | Did Not Incur a Recognized Loss |
| SON000010053 | Did Not Incur a Recognized Loss |
| SON000010054 | Did Not Incur a Recognized Loss |
| SON000010055 | Did Not Incur a Recognized Loss |
| SON000010056 | Did Not Incur a Recognized Loss |
| SON000010057 | Did Not Incur a Recognized Loss |
| SON000010058 | Did Not Incur a Recognized Loss |
| SON000010059 | Did Not Incur a Recognized Loss |
| SON000010060 | Did Not Incur a Recognized Loss |
| SON000010061 | Did Not Incur a Recognized Loss |
| SON000010062 | Did Not Incur a Recognized Loss |
| SON000010066 | Did Not Incur a Recognized Loss |
| SON000010067 | Did Not Incur a Recognized Loss |
| SON000010069 | Did Not Incur a Recognized Loss |
| SON000010071 | Did Not Incur a Recognized Loss |
| SON000010072 | Did Not Incur a Recognized Loss |
| SON000010073 | Did Not Incur a Recognized Loss |
| SON000010074 | Did Not Incur a Recognized Loss |
| SON000010076 | Did Not Incur a Recognized Loss |
| SON000010077 | Did Not Incur a Recognized Loss |
| SON000010079 | Did Not Incur a Recognized Loss |
| SON000010080 | Did Not Incur a Recognized Loss |
| SON000010081 | Did Not Incur a Recognized Loss |
| SON000010082 | Did Not Incur a Recognized Loss |
| SON000010083 | Did Not Incur a Recognized Loss |
| SON000010084 | Did Not Incur a Recognized Loss |
| SON000010086 | Did Not Incur a Recognized Loss |
| SON000010087 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
| --- | --- |
| SON000010088 | Did Not Incur a Recognized Loss |
| SON000010089 | Did Not Incur a Recognized Loss |
| SON000010090 | Did Not Incur a Recognized Loss |
| SON000010091 | Did Not Incur a Recognized Loss |
| SON000010092 | Did Not Incur a Recognized Loss |
| SON000010094 | Did Not Incur a Recognized Loss |
| SON000010095 | Did Not Incur a Recognized Loss |
| SON000010096 | Did Not Incur a Recognized Loss |
| SON000010097 | Did Not Incur a Recognized Loss |
| SON000010098 | Did Not Incur a Recognized Loss |
| SON000010104 | Did Not Incur a Recognized Loss |
| SON000010106 | Did Not Incur a Recognized Loss |
| SON000010107 | Did Not Incur a Recognized Loss |
| SON000010109 | Did Not Incur a Recognized Loss |
| SON000010110 | Did Not Incur a Recognized Loss |
| SON000010117 | Did Not Incur a Recognized Loss |
| SON000010118 | Did Not Incur a Recognized Loss |
| SON000010119 | Did Not Incur a Recognized Loss |
| SON000010120 | Did Not Incur a Recognized Loss |
| SON000010121 | Did Not Incur a Recognized Loss |
| SON000010124 | Did Not Incur a Recognized Loss |
| SON000010125 | Did Not Incur a Recognized Loss |
| SON000010126 | Did Not Incur a Recognized Loss |
| SON000010128 | Did Not Incur a Recognized Loss |
| SON000010131 | Did Not Incur a Recognized Loss |
| SON000010132 | Did Not Incur a Recognized Loss |
| SON000010133 | Did Not Incur a Recognized Loss |
| SON000010134 | Did Not Incur a Recognized Loss |
| SON000010135 | Did Not Incur a Recognized Loss |
| SON000010136 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010137 | Did Not Incur a Recognized Loss |
| SON000010138 | Did Not Incur a Recognized Loss |
| SON000010140 | Did Not Incur a Recognized Loss |
| SON000010148 | Did Not Incur a Recognized Loss |
| SON000010151 | Did Not Incur a Recognized Loss |
| SON000010152 | Did Not Incur a Recognized Loss |
| SON000010153 | Did Not Incur a Recognized Loss |
| SON000010155 | Did Not Incur a Recognized Loss |
| SON000010156 | Did Not Incur a Recognized Loss |
| SON000010157 | Did Not Incur a Recognized Loss |
| SON000010158 | Did Not Incur a Recognized Loss |
| SON000010161 | Did Not Incur a Recognized Loss |
| SON000010164 | Did Not Incur a Recognized Loss |
| SON000010167 | Did Not Incur a Recognized Loss |
| SON000010168 | Did Not Incur a Recognized Loss |
| SON000010169 | Did Not Incur a Recognized Loss |
| SON000010170 | Did Not Incur a Recognized Loss |
| SON000010171 | Did Not Incur a Recognized Loss |
| SON000010172 | Did Not Incur a Recognized Loss |
| SON000010173 | Did Not Incur a Recognized Loss |
| SON000010174 | Did Not Incur a Recognized Loss |
| SON000010177 | Did Not Incur a Recognized Loss |
| SON000010178 | Did Not Incur a Recognized Loss |
| SON000010179 | Did Not Incur a Recognized Loss |
| SON000010180 | Did Not Incur a Recognized Loss |
| SON000010181 | Did Not Incur a Recognized Loss |
| SON000010182 | Did Not Incur a Recognized Loss |
| SON000010185 | Did Not Incur a Recognized Loss |
| SON000010188 | Did Not Incur a Recognized Loss |
| SON000010189 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010190 | Did Not Incur a Recognized Loss |
| SON000010191 | Did Not Incur a Recognized Loss |
| SON000010192 | Did Not Incur a Recognized Loss |
| SON000010193 | Did Not Incur a Recognized Loss |
| SON000010194 | Did Not Incur a Recognized Loss |
| SON000010195 | Did Not Incur a Recognized Loss |
| SON000010196 | Did Not Incur a Recognized Loss |
| SON000010197 | Did Not Incur a Recognized Loss |
| SON000010200 | Did Not Incur a Recognized Loss |
| SON000010201 | Did Not Incur a Recognized Loss |
| SON000010202 | Did Not Incur a Recognized Loss |
| SON000010203 | Did Not Incur a Recognized Loss |
| SON000010204 | Did Not Incur a Recognized Loss |
| SON000010205 | Did Not Incur a Recognized Loss |
| SON000010206 | Did Not Incur a Recognized Loss |
| SON000010207 | Did Not Incur a Recognized Loss |
| SON000010208 | Did Not Incur a Recognized Loss |
| SON000010209 | Did Not Incur a Recognized Loss |
| SON000010210 | Did Not Incur a Recognized Loss |
| SON000010211 | Did Not Incur a Recognized Loss |
| SON000010212 | Did Not Incur a Recognized Loss |
| SON000010213 | Did Not Incur a Recognized Loss |
| SON000010214 | Did Not Incur a Recognized Loss |
| SON000010215 | Did Not Incur a Recognized Loss |
| SON000010216 | Did Not Incur a Recognized Loss |
| SON000010217 | Did Not Incur a Recognized Loss |
| SON000010218 | Did Not Incur a Recognized Loss |
| SON000010219 | Did Not Incur a Recognized Loss |
| SON000010220 | Did Not Incur a Recognized Loss |
| SON000010221 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010222 | Did Not Incur a Recognized Loss |
| SON000010223 | Did Not Incur a Recognized Loss |
| SON000010224 | Did Not Incur a Recognized Loss |
| SON000010225 | Did Not Incur a Recognized Loss |
| SON000010226 | Did Not Incur a Recognized Loss |
| SON000010227 | Did Not Incur a Recognized Loss |
| SON000010228 | Did Not Incur a Recognized Loss |
| SON000010229 | Did Not Incur a Recognized Loss |
| SON000010230 | Did Not Incur a Recognized Loss |
| SON000010231 | Did Not Incur a Recognized Loss |
| SON000010232 | Did Not Incur a Recognized Loss |
| SON000010233 | Did Not Incur a Recognized Loss |
| SON000010234 | Did Not Incur a Recognized Loss |
| SON000010235 | Did Not Incur a Recognized Loss |
| SON000010236 | Did Not Incur a Recognized Loss |
| SON000010237 | Did Not Incur a Recognized Loss |
| SON000010238 | Did Not Incur a Recognized Loss |
| SON000010239 | Did Not Incur a Recognized Loss |
| SON000010240 | Did Not Incur a Recognized Loss |
| SON000010241 | Did Not Incur a Recognized Loss |
| SON000010242 | Did Not Incur a Recognized Loss |
| SON000010243 | Did Not Incur a Recognized Loss |
| SON000010244 | Did Not Incur a Recognized Loss |
| SON000010245 | Did Not Incur a Recognized Loss |
| SON000010246 | Did Not Incur a Recognized Loss |
| SON000010247 | Did Not Incur a Recognized Loss |
| SON000010248 | Did Not Incur a Recognized Loss |
| SON000010249 | Did Not Incur a Recognized Loss |
| SON000010250 | Did Not Incur a Recognized Loss |
| SON000010251 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010252 | Did Not Incur a Recognized Loss |
| SON000010253 | Did Not Incur a Recognized Loss |
| SON000010254 | Did Not Incur a Recognized Loss |
| SON000010255 | Did Not Incur a Recognized Loss |
| SON000010256 | Did Not Incur a Recognized Loss |
| SON000010257 | Did Not Incur a Recognized Loss |
| SON000010258 | Did Not Incur a Recognized Loss |
| SON000010259 | Did Not Incur a Recognized Loss |
| SON000010260 | Did Not Incur a Recognized Loss |
| SON000010261 | Did Not Incur a Recognized Loss |
| SON000010262 | Did Not Incur a Recognized Loss |
| SON000010263 | Did Not Incur a Recognized Loss |
| SON000010264 | Did Not Incur a Recognized Loss |
| SON000010265 | Did Not Incur a Recognized Loss |
| SON000010266 | Did Not Incur a Recognized Loss |
| SON000010267 | Did Not Incur a Recognized Loss |
| SON000010268 | Did Not Incur a Recognized Loss |
| SON000010269 | Did Not Incur a Recognized Loss |
| SON000010270 | Did Not Incur a Recognized Loss |
| SON000010271 | Did Not Incur a Recognized Loss |
| SON000010272 | Did Not Incur a Recognized Loss |
| SON000010275 | Did Not Incur a Recognized Loss |
| SON000010276 | Did Not Incur a Recognized Loss |
| SON000010277 | Did Not Incur a Recognized Loss |
| SON000010279 | Did Not Incur a Recognized Loss |
| SON000010280 | Did Not Incur a Recognized Loss |
| SON000010281 | Did Not Incur a Recognized Loss |
| SON000010282 | Did Not Incur a Recognized Loss |
| SON000010283 | Did Not Incur a Recognized Loss |
| SON000010284 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010285 | Did Not Incur a Recognized Loss |
| SON000010286 | Did Not Incur a Recognized Loss |
| SON000010287 | Did Not Incur a Recognized Loss |
| SON000010288 | Did Not Incur a Recognized Loss |
| SON000010289 | Did Not Incur a Recognized Loss |
| SON000010290 | Did Not Incur a Recognized Loss |
| SON000010291 | Did Not Incur a Recognized Loss |
| SON000010292 | Did Not Incur a Recognized Loss |
| SON000010293 | Did Not Incur a Recognized Loss |
| SON000010294 | Did Not Incur a Recognized Loss |
| SON000010295 | Did Not Incur a Recognized Loss |
| SON000010296 | Did Not Incur a Recognized Loss |
| SON000010299 | Did Not Incur a Recognized Loss |
| SON000010300 | Did Not Incur a Recognized Loss |
| SON000010301 | Did Not Incur a Recognized Loss |
| SON000010302 | Did Not Incur a Recognized Loss |
| SON000010303 | Did Not Incur a Recognized Loss |
| SON000010304 | Did Not Incur a Recognized Loss |
| SON000010305 | Did Not Incur a Recognized Loss |
| SON000010306 | Did Not Incur a Recognized Loss |
| SON000010307 | Did Not Incur a Recognized Loss |
| SON000010309 | Did Not Incur a Recognized Loss |
| SON000010310 | Did Not Incur a Recognized Loss |
| SON000010311 | Did Not Incur a Recognized Loss |
| SON000010312 | Did Not Incur a Recognized Loss |
| SON000010313 | Did Not Incur a Recognized Loss |
| SON000010314 | Did Not Incur a Recognized Loss |
| SON000010315 | Did Not Incur a Recognized Loss |
| SON000010316 | Did Not Incur a Recognized Loss |
| SON000010317 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
| --- | --- |
| SON000010318 | Did Not Incur a Recognized Loss |
| SON000010319 | Did Not Incur a Recognized Loss |
| SON000010320 | Did Not Incur a Recognized Loss |
| SON000010321 | Did Not Incur a Recognized Loss |
| SON000010322 | Did Not Incur a Recognized Loss |
| SON000010323 | Did Not Incur a Recognized Loss |
| SON000010324 | Did Not Incur a Recognized Loss |
| SON000010325 | Did Not Incur a Recognized Loss |
| SON000010326 | Did Not Incur a Recognized Loss |
| SON000010327 | Did Not Incur a Recognized Loss |
| SON000010328 | Did Not Incur a Recognized Loss |
| SON000010329 | Did Not Incur a Recognized Loss |
| SON000010333 | Did Not Incur a Recognized Loss |
| SON000010347 | Did Not Incur a Recognized Loss |
| SON000010348 | Did Not Incur a Recognized Loss |
| SON000010356 | Did Not Incur a Recognized Loss |
| SON000010357 | Did Not Incur a Recognized Loss |
| SON000010358 | Did Not Incur a Recognized Loss |
| SON000010359 | Did Not Incur a Recognized Loss |
| SON000010360 | Did Not Incur a Recognized Loss |
| SON000010365 | Did Not Incur a Recognized Loss |
| SON000010366 | Did Not Incur a Recognized Loss |
| SON000010368 | Did Not Incur a Recognized Loss |
| SON000010370 | Did Not Incur a Recognized Loss |
| SON000010371 | Did Not Incur a Recognized Loss |
| SON000010372 | Did Not Incur a Recognized Loss |
| SON000010373 | Did Not Incur a Recognized Loss |
| SON000010374 | Did Not Incur a Recognized Loss |
| SON000010375 | Did Not Incur a Recognized Loss |
| SON000010376 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010378 | Did Not Incur a Recognized Loss |
| SON000010379 | Did Not Incur a Recognized Loss |
| SON000010380 | Did Not Incur a Recognized Loss |
| SON000010381 | Did Not Incur a Recognized Loss |
| SON000010382 | Did Not Incur a Recognized Loss |
| SON000010384 | Did Not Incur a Recognized Loss |
| SON000010386 | Did Not Incur a Recognized Loss |
| SON000010387 | Did Not Incur a Recognized Loss |
| SON000010400 | Did Not Incur a Recognized Loss |
| SON000010404 | Did Not Incur a Recognized Loss |
| SON000010405 | Did Not Incur a Recognized Loss |
| SON000010406 | Did Not Incur a Recognized Loss |
| SON000010407 | Did Not Incur a Recognized Loss |
| SON000010408 | Did Not Incur a Recognized Loss |
| SON000010409 | Did Not Incur a Recognized Loss |
| SON000010410 | Did Not Incur a Recognized Loss |
| SON000010411 | Did Not Incur a Recognized Loss |
| SON000010412 | Did Not Incur a Recognized Loss |
| SON000010413 | Did Not Incur a Recognized Loss |
| SON000010414 | Did Not Incur a Recognized Loss |
| SON000010415 | Did Not Incur a Recognized Loss |
| SON000010416 | Did Not Incur a Recognized Loss |
| SON000010417 | Did Not Incur a Recognized Loss |
| SON000010418 | Did Not Incur a Recognized Loss |
| SON000010419 | Did Not Incur a Recognized Loss |
| SON000010420 | Did Not Incur a Recognized Loss |
| SON000010421 | Did Not Incur a Recognized Loss |
| SON000010423 | Did Not Incur a Recognized Loss |
| SON000010424 | Did Not Incur a Recognized Loss |
| SON000010425 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010426 | Did Not Incur a Recognized Loss |
| SON000010427 | Did Not Incur a Recognized Loss |
| SON000010428 | Did Not Incur a Recognized Loss |
| SON000010429 | Did Not Incur a Recognized Loss |
| SON000010430 | Did Not Incur a Recognized Loss |
| SON000010431 | Did Not Incur a Recognized Loss |
| SON000010432 | Did Not Incur a Recognized Loss |
| SON000010433 | Did Not Incur a Recognized Loss |
| SON000010434 | Did Not Incur a Recognized Loss |
| SON000010435 | Did Not Incur a Recognized Loss |
| SON000010436 | Did Not Incur a Recognized Loss |
| SON000010437 | Did Not Incur a Recognized Loss |
| SON000010438 | Did Not Incur a Recognized Loss |
| SON000010439 | Did Not Incur a Recognized Loss |
| SON000010440 | Did Not Incur a Recognized Loss |
| SON000010441 | Did Not Incur a Recognized Loss |
| SON000010442 | Did Not Incur a Recognized Loss |
| SON000010443 | Did Not Incur a Recognized Loss |
| SON000010445 | Did Not Incur a Recognized Loss |
| SON000010447 | Did Not Incur a Recognized Loss |
| SON000010448 | Did Not Incur a Recognized Loss |
| SON000010450 | Did Not Incur a Recognized Loss |
| SON000010451 | Did Not Incur a Recognized Loss |
| SON000010452 | Did Not Incur a Recognized Loss |
| SON000010453 | Did Not Incur a Recognized Loss |
| SON000010454 | Did Not Incur a Recognized Loss |
| SON000010455 | Did Not Incur a Recognized Loss |
| SON000010458 | Did Not Incur a Recognized Loss |
| SON000010459 | Did Not Incur a Recognized Loss |
| SON000010460 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010463 | Did Not Incur a Recognized Loss |
| SON000010470 | Did Not Incur a Recognized Loss |
| SON000010471 | Did Not Incur a Recognized Loss |
| SON000010472 | Did Not Incur a Recognized Loss |
| SON000010473 | Did Not Incur a Recognized Loss |
| SON000010474 | Did Not Incur a Recognized Loss |
| SON000010475 | Did Not Incur a Recognized Loss |
| SON000010476 | Did Not Incur a Recognized Loss |
| SON000010478 | Did Not Incur a Recognized Loss |
| SON000010479 | Did Not Incur a Recognized Loss |
| SON000010480 | Did Not Incur a Recognized Loss |
| SON000010482 | Did Not Incur a Recognized Loss |
| SON000010483 | Did Not Incur a Recognized Loss |
| SON000010484 | Did Not Incur a Recognized Loss |
| SON000010485 | Did Not Incur a Recognized Loss |
| SON000010486 | Did Not Incur a Recognized Loss |
| SON000010487 | Did Not Incur a Recognized Loss |
| SON000010488 | Did Not Incur a Recognized Loss |
| SON000010489 | Did Not Incur a Recognized Loss |
| SON000010490 | Did Not Incur a Recognized Loss |
| SON000010491 | Did Not Incur a Recognized Loss |
| SON000010492 | Did Not Incur a Recognized Loss |
| SON000010493 | Did Not Incur a Recognized Loss |
| SON000010494 | Did Not Incur a Recognized Loss |
| SON000010495 | Did Not Incur a Recognized Loss |
| SON000010499 | Did Not Incur a Recognized Loss |
| SON000010501 | Did Not Incur a Recognized Loss |
| SON000010502 | Did Not Incur a Recognized Loss |
| SON000010503 | Did Not Incur a Recognized Loss |
| SON000010504 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010505 | Did Not Incur a Recognized Loss |
| SON000010506 | Did Not Incur a Recognized Loss |
| SON000010507 | Did Not Incur a Recognized Loss |
| SON000010508 | Did Not Incur a Recognized Loss |
| SON000010509 | Did Not Incur a Recognized Loss |
| SON000010510 | Did Not Incur a Recognized Loss |
| SON000010511 | Did Not Incur a Recognized Loss |
| SON000010513 | Did Not Incur a Recognized Loss |
| SON000010514 | Did Not Incur a Recognized Loss |
| SON000010517 | Did Not Incur a Recognized Loss |
| SON000010518 | Did Not Incur a Recognized Loss |
| SON000010520 | Did Not Incur a Recognized Loss |
| SON000010521 | Did Not Incur a Recognized Loss |
| SON000010524 | Did Not Incur a Recognized Loss |
| SON000010525 | Did Not Incur a Recognized Loss |
| SON000010526 | Did Not Incur a Recognized Loss |
| SON000010527 | Did Not Incur a Recognized Loss |
| SON000010528 | Did Not Incur a Recognized Loss |
| SON000010529 | Did Not Incur a Recognized Loss |
| SON000010530 | Did Not Incur a Recognized Loss |
| SON000010531 | Did Not Incur a Recognized Loss |
| SON000010532 | Did Not Incur a Recognized Loss |
| SON000010533 | Did Not Incur a Recognized Loss |
| SON000010534 | Did Not Incur a Recognized Loss |
| SON000010536 | Did Not Incur a Recognized Loss |
| SON000010538 | Did Not Incur a Recognized Loss |
| SON000010539 | Did Not Incur a Recognized Loss |
| SON000010540 | Did Not Incur a Recognized Loss |
| SON000010541 | Did Not Incur a Recognized Loss |
| SON000010542 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010543 | Did Not Incur a Recognized Loss |
| SON000010544 | Did Not Incur a Recognized Loss |
| SON000010545 | Did Not Incur a Recognized Loss |
| SON000010546 | Did Not Incur a Recognized Loss |
| SON000010547 | Did Not Incur a Recognized Loss |
| SON000010548 | Did Not Incur a Recognized Loss |
| SON000010549 | Did Not Incur a Recognized Loss |
| SON000010550 | Did Not Incur a Recognized Loss |
| SON000010551 | Did Not Incur a Recognized Loss |
| SON000010552 | Did Not Incur a Recognized Loss |
| SON000010553 | Did Not Incur a Recognized Loss |
| SON000010554 | Did Not Incur a Recognized Loss |
| SON000010555 | Did Not Incur a Recognized Loss |
| SON000010556 | Did Not Incur a Recognized Loss |
| SON000010557 | Did Not Incur a Recognized Loss |
| SON000010558 | Did Not Incur a Recognized Loss |
| SON000010559 | Did Not Incur a Recognized Loss |
| SON000010560 | Did Not Incur a Recognized Loss |
| SON000010561 | Did Not Incur a Recognized Loss |
| SON000010562 | Did Not Incur a Recognized Loss |
| SON000010563 | Did Not Incur a Recognized Loss |
| SON000010564 | Did Not Incur a Recognized Loss |
| SON000010565 | Did Not Incur a Recognized Loss |
| SON000010566 | Did Not Incur a Recognized Loss |
| SON000010567 | Did Not Incur a Recognized Loss |
| SON000010568 | Did Not Incur a Recognized Loss |
| SON000010569 | Did Not Incur a Recognized Loss |
| SON000010570 | Did Not Incur a Recognized Loss |
| SON000010571 | Did Not Incur a Recognized Loss |
| SON000010572 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010573 | Did Not Incur a Recognized Loss |
| SON000010574 | Did Not Incur a Recognized Loss |
| SON000010575 | Did Not Incur a Recognized Loss |
| SON000010576 | Did Not Incur a Recognized Loss |
| SON000010577 | Did Not Incur a Recognized Loss |
| SON000010578 | Did Not Incur a Recognized Loss |
| SON000010579 | Did Not Incur a Recognized Loss |
| SON000010580 | Did Not Incur a Recognized Loss |
| SON000010581 | Did Not Incur a Recognized Loss |
| SON000010582 | Did Not Incur a Recognized Loss |
| SON000010583 | Did Not Incur a Recognized Loss |
| SON000010584 | Did Not Incur a Recognized Loss |
| SON000010585 | Did Not Incur a Recognized Loss |
| SON000010586 | Did Not Incur a Recognized Loss |
| SON000010587 | Did Not Incur a Recognized Loss |
| SON000010588 | Did Not Incur a Recognized Loss |
| SON000010589 | Did Not Incur a Recognized Loss |
| SON000010591 | Did Not Incur a Recognized Loss |
| SON000010593 | Did Not Incur a Recognized Loss |
| SON000010594 | Did Not Incur a Recognized Loss |
| SON000010595 | Did Not Incur a Recognized Loss |
| SON000010596 | Did Not Incur a Recognized Loss |
| SON000010597 | Did Not Incur a Recognized Loss |
| SON000010598 | Did Not Incur a Recognized Loss |
| SON000010599 | Did Not Incur a Recognized Loss |
| SON000010600 | Did Not Incur a Recognized Loss |
| SON000010601 | Did Not Incur a Recognized Loss |
| SON000010602 | Did Not Incur a Recognized Loss |
| SON000010603 | Did Not Incur a Recognized Loss |
| SON000010604 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010605 | Did Not Incur a Recognized Loss |
| SON000010606 | Did Not Incur a Recognized Loss |
| SON000010607 | Did Not Incur a Recognized Loss |
| SON000010608 | Did Not Incur a Recognized Loss |
| SON000010609 | Did Not Incur a Recognized Loss |
| SON000010610 | Did Not Incur a Recognized Loss |
| SON000010611 | Did Not Incur a Recognized Loss |
| SON000010612 | Did Not Incur a Recognized Loss |
| SON000010613 | Did Not Incur a Recognized Loss |
| SON000010614 | Did Not Incur a Recognized Loss |
| SON000010615 | Did Not Incur a Recognized Loss |
| SON000010616 | Did Not Incur a Recognized Loss |
| SON000010617 | Did Not Incur a Recognized Loss |
| SON000010618 | Did Not Incur a Recognized Loss |
| SON000010619 | Did Not Incur a Recognized Loss |
| SON000010620 | Did Not Incur a Recognized Loss |
| SON000010621 | Did Not Incur a Recognized Loss |
| SON000010622 | Did Not Incur a Recognized Loss |
| SON000010623 | Did Not Incur a Recognized Loss |
| SON000010624 | Did Not Incur a Recognized Loss |
| SON000010625 | Did Not Incur a Recognized Loss |
| SON000010626 | Did Not Incur a Recognized Loss |
| SON000010627 | Did Not Incur a Recognized Loss |
| SON000010628 | Did Not Incur a Recognized Loss |
| SON000010629 | Did Not Incur a Recognized Loss |
| SON000010630 | Did Not Incur a Recognized Loss |
| SON000010631 | Did Not Incur a Recognized Loss |
| SON000010632 | Did Not Incur a Recognized Loss |
| SON000010633 | Did Not Incur a Recognized Loss |
| SON000010634 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010635 | Did Not Incur a Recognized Loss |
| SON000010636 | Did Not Incur a Recognized Loss |
| SON000010637 | Did Not Incur a Recognized Loss |
| SON000010638 | Did Not Incur a Recognized Loss |
| SON000010639 | Did Not Incur a Recognized Loss |
| SON000010640 | Did Not Incur a Recognized Loss |
| SON000010641 | Did Not Incur a Recognized Loss |
| SON000010642 | Did Not Incur a Recognized Loss |
| SON000010643 | Did Not Incur a Recognized Loss |
| SON000010644 | Did Not Incur a Recognized Loss |
| SON000010645 | Did Not Incur a Recognized Loss |
| SON000010646 | Did Not Incur a Recognized Loss |
| SON000010647 | Did Not Incur a Recognized Loss |
| SON000010648 | Did Not Incur a Recognized Loss |
| SON000010649 | Did Not Incur a Recognized Loss |
| SON000010650 | Did Not Incur a Recognized Loss |
| SON000010651 | Did Not Incur a Recognized Loss |
| SON000010652 | Did Not Incur a Recognized Loss |
| SON000010653 | Did Not Incur a Recognized Loss |
| SON000010654 | Did Not Incur a Recognized Loss |
| SON000010656 | Did Not Incur a Recognized Loss |
| SON000010657 | Did Not Incur a Recognized Loss |
| SON000010658 | Did Not Incur a Recognized Loss |
| SON000010659 | Did Not Incur a Recognized Loss |
| SON000010660 | Did Not Incur a Recognized Loss |
| SON000010661 | Did Not Incur a Recognized Loss |
| SON000010662 | Did Not Incur a Recognized Loss |
| SON000010663 | Did Not Incur a Recognized Loss |
| SON000010664 | Did Not Incur a Recognized Loss |
| SON000010665 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010666 | Did Not Incur a Recognized Loss |
| SON000010667 | Did Not Incur a Recognized Loss |
| SON000010668 | Did Not Incur a Recognized Loss |
| SON000010669 | Did Not Incur a Recognized Loss |
| SON000010670 | Did Not Incur a Recognized Loss |
| SON000010671 | Did Not Incur a Recognized Loss |
| SON000010672 | Did Not Incur a Recognized Loss |
| SON000010673 | Did Not Incur a Recognized Loss |
| SON000010674 | Did Not Incur a Recognized Loss |
| SON000010675 | Did Not Incur a Recognized Loss |
| SON000010676 | Did Not Incur a Recognized Loss |
| SON000010677 | Did Not Incur a Recognized Loss |
| SON000010678 | Did Not Incur a Recognized Loss |
| SON000010679 | Did Not Incur a Recognized Loss |
| SON000010680 | Did Not Incur a Recognized Loss |
| SON000010681 | Did Not Incur a Recognized Loss |
| SON000010682 | Did Not Incur a Recognized Loss |
| SON000010683 | Did Not Incur a Recognized Loss |
| SON000010684 | Did Not Incur a Recognized Loss |
| SON000010685 | Did Not Incur a Recognized Loss |
| SON000010686 | Did Not Incur a Recognized Loss |
| SON000010687 | Did Not Incur a Recognized Loss |
| SON000010688 | Did Not Incur a Recognized Loss |
| SON000010689 | Did Not Incur a Recognized Loss |
| SON000010690 | Did Not Incur a Recognized Loss |
| SON000010691 | Did Not Incur a Recognized Loss |
| SON000010692 | Did Not Incur a Recognized Loss |
| SON000010693 | Did Not Incur a Recognized Loss |
| SON000010694 | Did Not Incur a Recognized Loss |
| SON000010695 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010696 | Did Not Incur a Recognized Loss |
| SON000010697 | Did Not Incur a Recognized Loss |
| SON000010698 | Did Not Incur a Recognized Loss |
| SON000010699 | Did Not Incur a Recognized Loss |
| SON000010700 | Did Not Incur a Recognized Loss |
| SON000010701 | Did Not Incur a Recognized Loss |
| SON000010702 | Did Not Incur a Recognized Loss |
| SON000010703 | Did Not Incur a Recognized Loss |
| SON000010704 | Did Not Incur a Recognized Loss |
| SON000010705 | Did Not Incur a Recognized Loss |
| SON000010706 | Did Not Incur a Recognized Loss |
| SON000010707 | Did Not Incur a Recognized Loss |
| SON000010708 | Did Not Incur a Recognized Loss |
| SON000010709 | Did Not Incur a Recognized Loss |
| SON000010710 | Did Not Incur a Recognized Loss |
| SON000010711 | Did Not Incur a Recognized Loss |
| SON000010719 | Did Not Incur a Recognized Loss |
| SON000001042 | Did Not Incur a Recognized Loss |
| SON000001047 | Did Not Incur a Recognized Loss |
| SON000010720 | Did Not Incur a Recognized Loss |
| SON000010722 | Did Not Incur a Recognized Loss |
| SON000010723 | Did Not Incur a Recognized Loss |
| SON000010724 | Did Not Incur a Recognized Loss |
| SON000010726 | Did Not Incur a Recognized Loss |
| SON000010727 | Did Not Incur a Recognized Loss |
| SON000010728 | Did Not Incur a Recognized Loss |
| SON000010729 | Did Not Incur a Recognized Loss |
| SON000010730 | Did Not Incur a Recognized Loss |
| SON000010731 | Did Not Incur a Recognized Loss |
| SON000010734 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
| --- | --- |
| SON000010736 | Did Not Incur a Recognized Loss |
| SON000010737 | Did Not Incur a Recognized Loss |
| SON000010738 | Did Not Incur a Recognized Loss |
| SON000010739 | Did Not Incur a Recognized Loss |
| SON000010740 | Did Not Incur a Recognized Loss |
| SON000010741 | Did Not Incur a Recognized Loss |
| SON000010742 | Did Not Incur a Recognized Loss |
| SON000010743 | Did Not Incur a Recognized Loss |
| SON000010744 | Did Not Incur a Recognized Loss |
| SON000010745 | Did Not Incur a Recognized Loss |
| SON000010746 | Did Not Incur a Recognized Loss |
| SON000010747 | Did Not Incur a Recognized Loss |
| SON000010748 | Did Not Incur a Recognized Loss |
| SON000010749 | Did Not Incur a Recognized Loss |
| SON000010750 | Did Not Incur a Recognized Loss |
| SON000010751 | Did Not Incur a Recognized Loss |
| SON000010752 | Did Not Incur a Recognized Loss |
| SON000010753 | Did Not Incur a Recognized Loss |
| SON000010754 | Did Not Incur a Recognized Loss |
| SON000010755 | Did Not Incur a Recognized Loss |
| SON000010756 | Did Not Incur a Recognized Loss |
| SON000010757 | Did Not Incur a Recognized Loss |
| SON000010758 | Did Not Incur a Recognized Loss |
| SON000010759 | Did Not Incur a Recognized Loss |
| SON000010760 | Did Not Incur a Recognized Loss |
| SON000010761 | Did Not Incur a Recognized Loss |
| SON000010762 | Did Not Incur a Recognized Loss |
| SON000010763 | Did Not Incur a Recognized Loss |
| SON000010764 | Did Not Incur a Recognized Loss |
| SON000010765 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
| --- | --- |
| SON000010766 | Did Not Incur a Recognized Loss |
| SON000010767 | Did Not Incur a Recognized Loss |
| SON000010768 | Did Not Incur a Recognized Loss |
| SON000010769 | Did Not Incur a Recognized Loss |
| SON000010770 | Did Not Incur a Recognized Loss |
| SON000010771 | Did Not Incur a Recognized Loss |
| SON000010772 | Did Not Incur a Recognized Loss |
| SON000010773 | Did Not Incur a Recognized Loss |
| SON000010774 | Did Not Incur a Recognized Loss |
| SON000010775 | Did Not Incur a Recognized Loss |
| SON000010776 | Did Not Incur a Recognized Loss |
| SON000010778 | Did Not Incur a Recognized Loss |
| SON000010779 | Did Not Incur a Recognized Loss |
| SON000010780 | Did Not Incur a Recognized Loss |
| SON000010781 | Did Not Incur a Recognized Loss |
| SON000010783 | Did Not Incur a Recognized Loss |
| SON000010784 | Did Not Incur a Recognized Loss |
| SON000010785 | Did Not Incur a Recognized Loss |
| SON000010786 | Did Not Incur a Recognized Loss |
| SON000010787 | Did Not Incur a Recognized Loss |
| SON000010788 | Did Not Incur a Recognized Loss |
| SON000010789 | Did Not Incur a Recognized Loss |
| SON000010790 | Did Not Incur a Recognized Loss |
| SON000010791 | Did Not Incur a Recognized Loss |
| SON000010792 | Did Not Incur a Recognized Loss |
| SON000010793 | Did Not Incur a Recognized Loss |
| SON000010794 | Did Not Incur a Recognized Loss |
| SON000010795 | Did Not Incur a Recognized Loss |
| SON000010797 | Did Not Incur a Recognized Loss |
| SON000010798 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010800 | Did Not Incur a Recognized Loss |
| SON000010801 | Did Not Incur a Recognized Loss |
| SON000010802 | Did Not Incur a Recognized Loss |
| SON000010803 | Did Not Incur a Recognized Loss |
| SON000010804 | Did Not Incur a Recognized Loss |
| SON000010805 | Did Not Incur a Recognized Loss |
| SON000010806 | Did Not Incur a Recognized Loss |
| SON000010807 | Did Not Incur a Recognized Loss |
| SON000010808 | Did Not Incur a Recognized Loss |
| SON000010809 | Did Not Incur a Recognized Loss |
| SON000010810 | Did Not Incur a Recognized Loss |
| SON000010811 | Did Not Incur a Recognized Loss |
| SON000010812 | Did Not Incur a Recognized Loss |
| SON000010813 | Did Not Incur a Recognized Loss |
| SON000010814 | Did Not Incur a Recognized Loss |
| SON000010815 | Did Not Incur a Recognized Loss |
| SON000010816 | Did Not Incur a Recognized Loss |
| SON000010817 | Did Not Incur a Recognized Loss |
| SON000010818 | Did Not Incur a Recognized Loss |
| SON000010819 | Did Not Incur a Recognized Loss |
| SON000010820 | Did Not Incur a Recognized Loss |
| SON000010821 | Did Not Incur a Recognized Loss |
| SON000010822 | Did Not Incur a Recognized Loss |
| SON000010823 | Did Not Incur a Recognized Loss |
| SON000010824 | Did Not Incur a Recognized Loss |
| SON000010825 | Did Not Incur a Recognized Loss |
| SON000010826 | Did Not Incur a Recognized Loss |
| SON000010827 | Did Not Incur a Recognized Loss |
| SON000010828 | Did Not Incur a Recognized Loss |
| SON000010829 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010830 | Did Not Incur a Recognized Loss |
| SON000010831 | Did Not Incur a Recognized Loss |
| SON000010832 | Did Not Incur a Recognized Loss |
| SON000010833 | Did Not Incur a Recognized Loss |
| SON000010838 | Did Not Incur a Recognized Loss |
| SON000010840 | Did Not Incur a Recognized Loss |
| SON000010841 | Did Not Incur a Recognized Loss |
| SON000010842 | Did Not Incur a Recognized Loss |
| SON000010843 | Did Not Incur a Recognized Loss |
| SON000010844 | Did Not Incur a Recognized Loss |
| SON000010845 | Did Not Incur a Recognized Loss |
| SON000010846 | Did Not Incur a Recognized Loss |
| SON000010847 | Did Not Incur a Recognized Loss |
| SON000010848 | Did Not Incur a Recognized Loss |
| SON000010849 | Did Not Incur a Recognized Loss |
| SON000010850 | Did Not Incur a Recognized Loss |
| SON000010851 | Did Not Incur a Recognized Loss |
| SON000010852 | Did Not Incur a Recognized Loss |
| SON000010853 | Did Not Incur a Recognized Loss |
| SON000010854 | Did Not Incur a Recognized Loss |
| SON000010855 | Did Not Incur a Recognized Loss |
| SON000010856 | Did Not Incur a Recognized Loss |
| SON000010857 | Did Not Incur a Recognized Loss |
| SON000010858 | Did Not Incur a Recognized Loss |
| SON000010859 | Did Not Incur a Recognized Loss |
| SON000010860 | Did Not Incur a Recognized Loss |
| SON000010861 | Did Not Incur a Recognized Loss |
| SON000010862 | Did Not Incur a Recognized Loss |
| SON000010863 | Did Not Incur a Recognized Loss |
| SON000010864 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
| --- | --- |
| SON000010865 | Did Not Incur a Recognized Loss |
| SON000010866 | Did Not Incur a Recognized Loss |
| SON000010867 | Did Not Incur a Recognized Loss |
| SON000010868 | Did Not Incur a Recognized Loss |
| SON000010869 | Did Not Incur a Recognized Loss |
| SON000010870 | Did Not Incur a Recognized Loss |
| SON000010871 | Did Not Incur a Recognized Loss |
| SON000010872 | Did Not Incur a Recognized Loss |
| SON000010873 | Did Not Incur a Recognized Loss |
| SON000010874 | Did Not Incur a Recognized Loss |
| SON000010875 | Did Not Incur a Recognized Loss |
| SON000010876 | Did Not Incur a Recognized Loss |
| SON000010877 | Did Not Incur a Recognized Loss |
| SON000010878 | Did Not Incur a Recognized Loss |
| SON000010879 | Did Not Incur a Recognized Loss |
| SON000010880 | Did Not Incur a Recognized Loss |
| SON000010881 | Did Not Incur a Recognized Loss |
| SON000010882 | Did Not Incur a Recognized Loss |
| SON000010883 | Did Not Incur a Recognized Loss |
| SON000010884 | Did Not Incur a Recognized Loss |
| SON000010885 | Did Not Incur a Recognized Loss |
| SON000010886 | Did Not Incur a Recognized Loss |
| SON000010887 | Did Not Incur a Recognized Loss |
| SON000010888 | Did Not Incur a Recognized Loss |
| SON000010889 | Did Not Incur a Recognized Loss |
| SON000010890 | Did Not Incur a Recognized Loss |
| SON000010891 | Did Not Incur a Recognized Loss |
| SON000010892 | Did Not Incur a Recognized Loss |
| SON000010893 | Did Not Incur a Recognized Loss |
| SON000010894 | Did Not Incur a Recognized Loss |

**Sonim Technologies, Inc Securities Litigation**

**Rejected or Ineligibe Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| SON000010896 | Did Not Incur a Recognized Loss |
| SON000010897 | Did Not Incur a Recognized Loss |
| SON000010898 | Did Not Incur a Recognized Loss |
| SON000010899 | Did Not Incur a Recognized Loss |
| SON000010900 | Did Not Incur a Recognized Loss |
| SON000010901 | Did Not Incur a Recognized Loss |
| SON000010902 | Did Not Incur a Recognized Loss |
| SON000010904 | Did Not Incur a Recognized Loss |
| SON000010905 | Did Not Incur a Recognized Loss |
| SON000010906 | Did Not Incur a Recognized Loss |
| SON000010907 | Did Not Incur a Recognized Loss |
| SON000010908 | Did Not Incur a Recognized Loss |
| SON000010911 | Did Not Incur a Recognized Loss |
| SON000010912 | Did Not Incur a Recognized Loss |
| SON000010913 | Did Not Incur a Recognized Loss |
| SON000010914 | Did Not Incur a Recognized Loss |

**766**