# EXHIBIT D



**RG²**
**Claims**
**Administration LLC**

## Cumulative Fees and Costs for Notice & Administration Services
### *Sterrett v. Sonim Technologies, Inc.*

| | Quantity (hours/pieces) | | Rate | | Amount |
|---|---|---|---|---|---|
| **Design & Development** | | | | | |
| <u>Start Up</u> - Development of Case-Specific Notice and Administration Plan | 8 | $ | 215.00 | $ | 1,720 |
| | | | | | |
| ***Case Intake including Claim Form Design*** | | | | | |
| Review Notice, Design and Typeset Forms and Notice. | 6 | $ | 175.00 | $ | 1,050 |
| Web Design Static Website with Court Documents | | | | $ | 1,200 |
| Monthly maintenance (months) | 12 | $ | 75.00 | $ | 900 |
| **Subtotal: Setup Cost** | | | | **$** | **4,870** |
| | | | | | |
| **Publication Notice** | | | | **$** | **5,000** |
| | | | | | |
| Publication of 1/6 Pg Ad in IBD | | | | $ | 2,500 |
| Issue Press release of less than 400 words in PRNewswire | | | | $ | 2,500 |
| | | | | | |
| ***Claimant Identification & Notification*** | | | | **$** | **11,070** |
| 24-page notice and claim form self-mailer | 8,000 | $ | 0.75 | $ | 6,000 |
| Broker Mailing | 411 | $ | 2.50 | $ | 1,028 |
| Broker Contact | 18 | $ | 8.50 | $ | 153 |
| Compilation of List including Nominee Correspondence | 2,671 | $ | 0.15 | $ | 401 |
| Postage (included bulk packages) | | | | $ | 2,155 |
| Re-Imbursement to Nominees | | | | $ | 1,334 |
| | | | | | |
| ***Claim Form Follow Up*** | | | | **$** | **294** |
| Returned Notices - Process Mail & Update Database | 170 | $ | 0.40 | $ | 68 |
| Locate Missing Class Members (Locator Services)/ Troubleshoot | 152 | $ | 1.25 | $ | 190 |
| Remail Notices | 18 | $ | 1.25 | $ | 23 |
| Postage | 18 | $ | 0.75 | $ | 14 |
| **Subtotal: Notification Cost** | | | | **$** | **16,364** |
| | | | | | |
| ***Claim Form Processing*** | | | | | |
| Data Entry and Review of Up to 1,000 Claims | 962 | $ | 9.75 | $ | 9,380 |
| Correspondence Regarding Deficient/Denied Claims | 792 | $ | 1.25 | $ | 990 |
| Processing of responses | 36 | $ | 9.75 | $ | 351 |
| Claim Audit (Hrs) | 6 | $ | 230.00 | $ | 1,265 |
| **Subtotal: Processing Cost** | | | | **$** | **11,986** |

| | Quantity (hours/pieces) | | Rate | | Amount |
|---|---|---|---|---|---|
| ***Claimant Communications*** | | | | | |
| Live Operator* | | | | | |
| Email Responses | 106 | $ | 4.50 | $ | 477 |
| *Live Phone Support - minimum charge $250/month | 12 | | | $ | 3,000 |
| **Subtotal: Claimant Communications** | | | | **$** | **3,477** |



## Cumulative Fees and  Costs for Notice & Administration Services
### *Sterrett v. Sonim Technologies, Inc.*

| | | | | |
|---|---|---|---|---|
| Qualified Settlement Fund Tax Return Preparation | 2 | $ 1,200.00 | $ | 2,400 |
| Account Setup/Pro-rating Damages | | | $ | 1,250 |
| Printing and Mailing Settlement Checks | 192 | $ 1.25 | $ | 240 |
| Postage | 192 | $ 0.55 | $ | 106 |
| **Subtotal: Distribution & Reporting** | | | **$** | **3,996** |
| | | | | |
| Case Management, Data Analysis, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | | | $ | 5,378 |
| **Subtotal: Project Management** | | | **$** | **5,378** |
| | | | | |
| Total | | | $ | 46,070 |
| Amount Previously Paid | | | $ | (38,123) |
| Amount Due | | | $ | 7,947 |