Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff David Sterrett*
*and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION, <br><br> Defendants. | **NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND** <br><br> Case No. 3:19-cv-06416-MMC <br><br> **CLASS ACTION** <br><br> Judge: The Hon. Maxine M. Chesney <br> Date: December 3, 2021 <br> Time: 9:00 a.m. <br> Courtroom: 7 – 19th Floor |

Lead Plaintiff and settlement Class Representative David Sterrett respectfully submits this notice of non-opposition to inform the Court that no one has opposed his Motion for Distribution of the Net Settlement Fund (the "Distribution Motion"), ECF Nos. 118-120.

As the Distribution Motion was served and filed by electronic means on October 26, 2021, anyone seeking to oppose the motion was required to file an opposition by Tuesday, November 9, 2021. *See* Civil L.R. 7-3(a) (providing that oppositions to motions "must be filed and served not more than 14 days after the motion was filed"). To date, no opposition has been filed. As such, the Distribution Motion is unopposed and should be granted for the reasons set forth therein.

Dated: November 10, 2021                         Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Katherine M. Lenahan*
              Katherine M. Lenahan

Katherine M. Lenahan (admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff David Sterrett and Lead Counsel for the Class*

1