Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff David Sterrett and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STERRETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIM TECHNOLOGIES, INC., ROBERT PLASCHKE, JAMES WALKER, MAURICE HOCHSCHILD, ALAN HOWE, KENNY YOUNG, SUSAN G. SWENSON, JOHN KNEUER, JEFFREY D. JOHNSON, OPPENHEIMER & CO., INC., LAKE STREET CAPITAL MARKETS, LLC, and NATIONAL SECURITIES CORPORATION,<br><br>Defendants. | **POST-DISTRIBUTION ACCOUNTING**<br><br>Case No. 3:19-cv-06416-MMC<br><br>**CLASS ACTION**<br><br>Judge: The Hon. Maxine M. Chesney |

Pursuant to the Court's Distribution Order, ECF No. 122, the Claims Administrator made the initial distribution of the Net Settlement Fund to Authorized Claimants on January 20, 2022.[1]  Lead Plaintiff and settlement Class Representative David Sterrett hereby submits this Post-Distribution Accounting of the Settlement required by this district's Procedural Guidance for Class Action Settlements:

| | |
|---|---|
| Total settlement fund | $2,000,000.00 |
| Total number of class members | Total class size unknown;[2] 4,105 notices were mailed |
| Total number of class members sent notices not returned as undeliverable | 3,971 |
| Number and percentage of claim forms submitted | 962 (24% of notices mailed) |
| Number and percentage of opt-outs | 0 (0% of notices mailed) |
| Number and percentage of objections | 0 (0% of notices mailed) |
| Average recovery per claimant | $7,670.87 |
| Median recovery per claimant | $355.44 |
| Largest amount paid to class members | $273,655.94 |
| Smallest amount paid to class members | $13.88 |
| Method(s) of notice | Mailed Notice, Publication, Email |
| Method(s) of payment to class members | Checks and wires |
| Number and value of checks not cashed | 19 checks outstanding totaling $188,729.52 |
| Amounts distributed to *cy pres* recipient | None at this time |
| Administrative costs | $46,070.00[3] |

---

[1] All capitalized terms have the same meaning as those provided in the Stipulation of Settlement dated September 10, 2020.  ECF No. 75.  The information set forth herein was provided to Lead Counsel by the Claims Administrator and the Escrow Agent.

[2] The precise number of Class Members in this case, as is true of most securities class actions, cannot be determined because most investors hold their securities through a broker or other financial institution in street name.  *See In re Celera Corp. Sec. Litig.*, 5:10-CV-02604-EJD, 2015 WL 1482303, at *3 (N.D. Cal. Mar. 31, 2015).

[3] If there is a second distribution, additional administrative costs may be incurred.

1

**POST-DISTRIBUTION ACCOUNTING**
**Case No. 3:19-cv-06416-MMC**

| Attorney's fees and costs | $526,511.82[4] |
|---|---|
| Attorney's fees as a percentage of the settlement fund | 25% |
| Multiplier | None |

Dated: February 10, 2022

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *Katherine M. Lenahan*
      Katherine M. Lenahan

Katherine M. Lenahan (admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email:  bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff David Sterrett and Lead Counsel for the Class*

---

[4] The Court awarded attorneys' fees of $500,000 and expenses of $26,486.76, "plus any applicable interest." ECF No. 115 at ¶15.  The attorneys' fees and expenses represent approximately 26.32% of the Settlement Amount.  On the date the Court-awarded attorneys' fees were allowed to be paid, the Settlement Fund had earned $95.20 in interest, so the interest on the attorneys' fees and expenses was $25.06 (26.32% of the interest earned on the Settlement Amount).  Accordingly, the amount of attorneys' fees and expenses disbursed was $526,511.82.